THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: _CIVL R 7. 1 (b)(1)_
(Rule Number/Section)

1  Howard M. Snyder, Esq. AZ #006206
   David Wenner, Esq. AZ #009886
2  **SNYDER AND WENNER, P.C.**
   2200 E. Camelback Road, Suite 213
3  Phoenix, Arizona 85016
   Telephone (602) 224-0005
4  Facsimile (602) 381-8997
   Email: david@jurybias.com
5  *Attorneys for Plaintiff/Realtor*

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 0 9 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

SEALED

| | |
|---|---|
| UNITED STATE OF AMERICA *ex rel.* ARNALDO TRABUCCO, MD, ) ) ) | NO. **CV-14-08094-PCT-DGC** |
| Plaintiff/Relator, ) ) | *QUI TAM* **COMPLAINT FILED UNDER SEAL PURSUANT TO** |
| v. ) ) | **31 U.S.C. §3730(b)(2)** |
| PHC-FORT MOHAVE, INC. d/b/a VALLEY VIEW MEDICAL CENTER; BULLHEAD CITY HOSPITAL CORPORATION d/b/a WESTERN ARIZONA REGIONAL MEDICAL CENTER; AND BASHIR AZHER, MD, ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) | |

### *QUI TAM* COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff/Relator, Arnaldo Trabucco, MD, individually and on behalf of the United States of America, files this False Claims Act Complaint and Demand for Jury Trial against PHC-Fort Mohave, Inc. d/b/a Valley View Medical Center; Bullhead City Hospital Corporation d/b/a Western Arizona Regional Medical Center; and Bashir Azher, MD (collectively "Defendants") and alleges:

1.      This is an action to recover damages and civil penalties on behalf of the United

States of America for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et. seq.,* as amended ("the Act").

2.      Defendants, their agents, servants and/or employees knowingly made and presented a series of false statements and false claims to Medicare and Medicaid. Defendants engaged in a routine unlawful practice of presenting claims for medical procedures called green light prostatectomies that were either medically unnecessary or of a quality which failed to meet the professionally recognized standards of health care.

## I.      **THE PARTIES**

3.      *Qui Tam* Plaintiff/Relator, Arnaldo Trabucco, M.D., brings this action on behalf of the United States Government.

4.      Arnaldo Trabucco, M.D., is a United States citizen who formerly resided in Mohave County, Arizona, but currently resides in Castiglione Torinese, Italy. From June 1, 2012 through September 30, 2013, Dr. Trabucco served as the Chairman of Surgery at Defendant PHC-Fort Mohave, Inc. d/b/a Valley View Medical Center.

5.      At all material times, Defendant PHC-Fort Mohave, Inc. d/b/a Valley View Medical Center ("Defendant VVMC") is and was an Arizona corporation with its principal place of business and offices located in Mohave County, Arizona. At all material times, Defendant VVMC conducted business in the District of Arizona.

6.      At all material times, Defendant Bullhead City Hospital Corporation d/b/a Western Arizona Regional Medical Center ("Defendant WARMC") is and was an Arizona corporation with its principal place of business and offices located in Mohave County, Arizona. At all material times, Defendant WARMC conducted business in the District of Arizona.

7.   At all material times, Defendant Bashir Azher, MD ("Defendant Azher"), a urologist, is and was a resident of Mohave County, Arizona and an employee or agent of the Defendant hospitals.

## II.   JURISDICTION AND VENUE

8.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C §1331 and 31 U.S.C. §3732, which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§3729 and 3730.

9.   This suit is not based upon prior public disclosures of allegations or transactions in a criminal, civil, or administrative hearing, lawsuit or investigation or in a Government Accounting Office or Auditor General's report, hearing, audit, or investigation, or from the news media.

10.   To the extent that there may have been a public disclosure unknown to Relator, the Relator is an original sources under 31 U.S.C. §3730(e)(4) and all relevant state statutes.  He has direct and independent knowledge of the information on which the allegations are based and has voluntarily provided the information to the Government before filing this action.

11.   Relator has provided to the Attorney General of the United States and to the United States Attorney for the District of Arizona a disclosure statement summarizing known material evidence and information related to the Complaint, in accordance with provisions of 31 U.S.C. §3730(b)(2) and analogous state statutes.  This disclosure statement is supported by material evidence in Defendants' possession.

12.   This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. §3732(a), which provides that "any action under section 3730 may be brought in any judicial

district in which the defendant or, in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act proscribed by section 3729 occurred."   At all material times, Defendants resided in and/or transacted business in the District of Arizona.

13.    Pursuant to 31 U.S.C. §3732 (a) and 28 U.S.C. §1391, the District of Arizona is the appropriate venue.

### III.    BACKGROUND

14.    Originally enacted in 1863, the FCA was substantially amended in 1986 by the False Claims Amendments Act.  The 1986 amendments enhanced the government's ability to recover losses sustained as a result of fraud against the United States.

15.    The FCA provides that any person who knowingly submits, or causes to be submitted to the government or recipients of federal funds, a false or fraudulent claim for payment or approval, is liable for a civil penalty of between $5,000.00 and $11,000.00 for each such claim, and three times the amount of damages sustained by the government.  The FCA empowers persons having information regarding a false or fraudulent claim against the government to bring an action on behalf of the government and to share in the recovery.  The original complaint must be filed under seal, without service on Defendants.  That complaint remains under seal while the government investigates the allegations and determines whether to join the action.

16.    As required by the False Claims Act, 31 U.S.C. § 3730(b)(2), the Plaintiff/Relator has provided to the Attorney General of the United States and to the United States Attorney for the District of Arizona a statement of all material evidence and information related to the complaint. This disclosure statement is supported by information known to Plaintiff/Relator and

is all the evidence in his possession at the time of filing. Because the statement includes attorney-client communications and is submitted to the Attorney General and to the United States Attorney in their capacity as co-counsel in the litigation, the Plaintiff/Relator understands that this disclosure is confidential.

## IV.    APPLICABLE LAWS, RULES AND REGULATIONS

17.    In order to receive payment from Medicare or Medicaid funds, providers must comply with home health agency regulations set forth by the Centers for Medicare and Medicaid Services ("CMS"), the Code of Federal Regulations and all other applicable regulations.

18.    Title XVIII of the Social Security Act, 42 U.S.C. §§1395, *et. seq.*, establishes the Health Insurance for the Aged and Disabled Program, popularly known as the Medicare Program. The Medicare Program has four parts: Medicare Parts A through D. Medicare Part A pays for hospital, skilled nursing and home health services. Medicare Part B pays for physician and ancillary services, including office visits and laboratory and diagnostic tests and procedures. Medicare Part C authorizes the creation of Medicare Advantage Plans. Part D is Medicare's prescription drug program.

19.    Medicare is funded by insurance premiums paid by enrolled Medicare beneficiaries and contributions from the Federal Treasury. Eligible individuals, who are age 65 or older or disabled, may enroll in the program.

20.    In order to be reimbursed by Medicare for services rendered to Medicare beneficiaries, all healthcare providers, including private insurance carriers, Medicare advantage organizations, clinics, medical practices, independent diagnostic testing facilities, and individual physicians, must comply with applicable statutes, regulations and guidelines. All providers that

bill Medicare for services also have a duty to be knowledgeable about the statutes, regulations and guidelines regarding coverage for those services.

21.   Among other things, Medicare statutes provide that Medicare covers only reasonable and necessary medical services.  *See* 42 U.S.C. § 1395y(a)(1)(A).  Medicare regulations explicitly exclude from payment services that are not reasonable and necessary for the diagnosis or treatment of illness or injury. *See* 42 CFR 411.15(k)(1).

22.   Indeed, pursuant to 42 U.S.C. § 1320c-5(a)(1), "It shall be the obligation of any health care practitioner and any other person (including a hospital or other health care facility, organization, or agency) who provides health care services for which payment may be made (in whole or in part) under this chapter, to assure, to the extent of his authority that services or items ordered or provided by such practitioner or person to beneficiaries and recipients under this chapter:

> (1) will be provided economically and only when, and to the extent, medically necessary;
>
> (2) will be of a quality which meets professionally recognized standards of health care; and
>
> (3) will be supported by evidence of medical necessity and quality in such form and fashion and at such time as may reasonably be required by a reviewing quality improvement organization in the exercise of its duties and responsibilities.

42 U.S.C.A. § 1320c-5.

23.   Pursuant to section 6402(a) of the Affordable Care Act ("ACA"), a provider is obligated to report and return any Medicare or Medicaid overpayments (i.e., payments to which

6

they were not entitled,) within 60 days of discovery of the overpayment. Overpayments that are not returned and reported in a timely and proper fashion are considered false and fraudulent claims. *See also* 42 U.S.C.A. § 1320a-7k.

24.    Plaintiff/Relator alleges that Defendants, and more particularly the directors, supervisors, and employees of Defendants knowingly, intentionally and routinely submitted and claims for payment to the Government that did not meet the laws, rules and regulations referenced in paragraphs 17 through 24. Defendants were paid and unlawfully profited from the presentation and submission of these false and fraudulent claims.

## V.    **SPECIFIC FRAUDULENT CONDUCT**

25.    Defendants provide urology related medical services to patients including, but not limited to, prostate laser ablation procedures otherwise known as "green light prostatectomies." The procedure is used to treat Benign Prostatic Hyperplasia (BPH), commonly known as the enlargement of the prostate. A green light prostatectomy is a therapy that evaporates prostatic tissue, which is blocking the outlet of the bladder. It is performed under anesthesia by placing a telescope into the urethra up to the level of the prostate. The laser fiber is guided through the scope and used to vaporize the prostate tissue. Based upon the size of the prostate, the laser is typically used for 30 to 45 minutes to achieve a therapeutic result. Attached as **Composite Exhibit A** are published guidelines related to the length of time an ablation laser should be utilized during a green light prostatectomy procedure.

26.    Between September 30, 2010 and march 25, 2013, while working at the defendant hospitals' facilities and with their knowledge, defendant Azher "performed" green light prostatectomies procedures on 111 patients and used the laser for a fraction of the time

7

necessary for a patient to receive a therapeutic benefit. (See **Exhibit B**).  The charts identify the patients by the bates stamp number given to their respective medical records and the time Dr. Azher used the laser during the procedure. (**Exhibit B**).

27.     The attached charts (**Exhibit B**) are based upon a sampling of Defendant Azher's laser logs for his green light prostatectomies.  Redacted and bates stamped copies of the laser logs are attached as **Composite Exhibit C**.  For these 111 patients, the duration of Defendant Azher's laser usage ranged from 38 seconds to 18 minutes and 29 seconds.

28.     Using a laser for less than 5 minutes during a green light prostatectomy provides no therapeutic benefit to the patient.  A majority of Defendant Azher's laser log times are less than 5 minutes required to receive a therapeutic result and all are far less than the recommended 30 to 45 minutes.  Accordingly, all 111 of these patients received little to no therapeutic benefit and the procedure was, therefore, of a quality that failed to meet the professionally recognized standards of health care.

29.     Defendant VVMC and Defendant WARMC knew that Defendant Azher was performing green light prostatectomies that were providing no therapeutic effect to his patients and failed to take any action.

30.     On March 18, 2013, Plaintiff/Relator informed Rick Carter, the CEO of Defendant VVMC, and Yvonne Schamplain, the Director of Risk Management at Defendant VVMC, of Defendant Azher's fraudulent practices.  A copy of a letter sent by Plaintiff/Relator to Mr. Carter is attached as **Exhibit D**.  On May 18, 2013, Plaintiff/Relator also sent a letter to the American Board of Urology detailing Defendant Azher's fraudulent activities.  A copy of this letter is attached as **Exhibit E**.  Despite his efforts, Defendant VVMC failed to take corrective

action to remedy the fraud committed upon the United States.

31.   At all material times, Defendants VVMC and WARMC engaged in a regular pattern and practice of billing Medicare and Medicaid for all green light prostatectomies and other procedures performed by urologists, including Azher, on Medicare and Medicaid patients at VVMC and WARMC and for VVMC and WARMC urologists, including Azher, to separately bill Medicare and Medicaid for the professional component of these procedures. Defendants billed and received payments from Medicare or Medicaid for the above green light prostatectomies in accordance with this established pattern and practice even though Defendants knew or should have known that the procedures failed to comply with all applicable governing rules and regulations, including but not limited to, those referenced in paragraphs 17-24.

32.   From at least September 30, 2010 to March 25, 2013, Defendants, by virtue of the actions and omissions of Defendants' directors, supervisors, employees and/or agents:

    a.    knowingly, intentionally and routinely submitted claims for reimbursement for medical services that were not reasonable and necessary in violation of 42 U.S.C. § 1395y(a)(1)(A);

    b.    knowingly, intentionally and routinely failed to assure that the health care services were provided economically and only when, and to the extent, medically necessary in violation of 42 U.S.C. § 1320c-5(a)(1);

    c.    knowingly, intentionally and routinely failed to assure that the provided health care services were of a quality which meets professionally recognized standards of health care in violation of 42 U.S.C. § 1320c-5(a)(1);

d.   knowingly, intentionally and routinely failed to assure that the provided health care services were supported by evidence of medical necessity and quality in such form and fashion and at such time as may reasonably be required by a reviewing quality improvement organization in the exercise of its duties and responsibilities in violation of 42 U.S.C. § 1320c-5(a)(1);

e.   knowingly, intentionally and routinely failed to report and return any and all overpayments made by Medicare or Medicaid in violation of §6402(a) of ACA; *see* 42 U.S.C.A. § 1320a-7k;

f.   knowingly, intentionally and routinely ordered and provided green light prostatectomies for patients who did not need the medical procedure;

g.   knowingly, intentionally and routinely provided and performed therapeutically ineffective green light prostatectomies;

h.   knowingly, intentionally and routinely promoted a culture and policy of non-compliance with state and federal regulations in an effort to maximize the amount of money illegitimately obtained from the Government; and

i.   in order to promote the above-mentioned objective, Defendants, their supervisors, employees, servants and/or agents, knowingly, intentionally and routinely submitted false claims for payment by the Government *via* Medicare and Medicaid even though many of their patients for reimbursement.

33.   Plaintiff/Relator informed the boards of the Defendant Hospital that they were engaging in fraudulent conduct that violated Federal laws and regulations yet, in spite of this

10

information and knowledge, Defendants continued to knowingly submit false and erroneous claims.

34.     In violation of Federal laws and regulations, Defendants disregarded and ignored Plaintiff/Relator's warnings and failed to correct their false claims practices.   Defendants continued to knowingly, intentionally and routinely submit false claims to Medicare and Medicaid and continued to receive monies from Medicare and Medicaid to which they were not entitled.

## COUNT I
## VIOLATIONS OF THE FALSE CLAIMS ACT (31 U.S.C.§3729)

35.     Plaintiff/Relator realleges and incorporates by reference the allegations contained in paragraphs 1 through 34 of this Complaint.

36.     This is a claim for treble damages and civil penalties under the False Claims Act, 31 U.S.C. §3729 *et seq.,* as amended.

37.     Through the acts described above, Defendants and their agents, servants and employees knowingly presented and caused to be presented to the United States Government false and fraudulent claims, records, and statements in order to obtain reimbursement for medical services provided by Defendants.

38.     Through the acts described above, Defendants and their agents, servants and employees knowingly presented and caused to be presented to the United States Government false and fraudulent claims, records and statements in order to obtain payment for medical services that were either not medically necessary or of a quality which meets professionally recognized standards of health care.

39.     Through the acts described above and otherwise, Defendants, its agents, servants

and employees, knowingly made, used and/or caused to be made or used false records and statements in order to get such false and fraudulent claims paid and approved by the United States Government.

40.   The United States and its fiscal intermediaries were unaware of the falsity of the records, statements, and claims made or submitted by Defendants and its agents and employees, paid and continue to pay Defendants for claims that would not be paid if the truth were known.

41.   By reason of the Defendants' false records, statements, claims and omissions, the United States has been damaged in the form of Medicare and Medicaid funds that were unlawfully obtained by Defendants.

## PRAYER FOR RELIEF

42.   Plaintiff/Relator, on behalf of himself, and the United States Government therefore prays judgment be entered in his favor against Defendants as follows:

a. On the First Count under the False Claims Act, for an amount equal to three times the amount of damages the United States Government has sustained because of Defendants' actions, plus a civil penalty of $5,000 to $10,000 for each act in violation of 31 U.S.C. § 3729, together with the costs of this action, with interest, including the costs to the United States for expenses related to this action;

b. That the Plaintiff/Relator be awarded his reasonable costs and attorneys' fees;

c. That, in the event the United States Government elects to proceed with this action, the Plaintiff/Relator be awarded an amount for bringing this action of at least 15% but not more than 25% of the recovered proceeds of the action or its settlement;

d. That, in the event the United States does not proceed with this action, the Plaintiff/Relator be awarded an amount the Court decides is reasonable for collecting the civil penalty and damages, which shall be not less than 25% nor more than 30% of the recovered proceeds of the action or its settlement;

e. That the Plaintiff/Relator be awarded prejudgment interest;

f. That the United States and the Plaintiff/Relator receive such other and further relief in

law and equity to which his is reasonably entitled.

DATED this 9th day of June, 2014.

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner

By_____

Howard M. Snyder, Esq.
David A. Wenner, Esq.
2200 East Camelback Road, Ste. 213
Phoenix, Arizona  85016
*Attorneys for Plaintiff/Relator*

 Purchase    Export ▼    [ 🔍 ] Advanced search

☰



**European Urology**

Volume 61, Issue 3, March 2012, Pages 600–607



Benign Prostatic Hyperplasia

# 180-W XPS GreenLight Laser Therapy for Benign Prostate Hyperplasia: Early Safety, Efficacy, and Perioperative Outcome After 201 Procedures

Alexander Bachmann[a] ▲ ■, Gordon H. Muir[b], Edward J. Collins[c], Benjamin B. Choi[d], Shahin Tabatabaei[e], Oliver M. Reich[f], Fernando Gómez-Sancha[g], Henry H. Woo[h]

Choose an option to locate/access this article:

Check if you have access through your login credentials or your institution

[ Check access ]

[ 🔒 Purchase $35.95 ]    ◄ [ Get Full Text Elsewhere ]

Show more

http://dx.doi.org/10.1016/j.eururo.2011.11.041 ❶

◇ Get rights and content

## Abstract

**Background**

Photoselective vaporisation of the prostate has evolved from the GreenLight 80-W KTP powered laser to the latest 180-W XPS laser involving a MoXy fibre.

**Objective**

Evaluate the prevalence of perioperative complications and short-term outcome for the first time with the XPS laser in men with lower urinary tract symptoms (LUTS) due to benign prostatic enlargement (BPE).

**Design, setting, and participants**

Prospective data were collected from consecutive patients at seven centres worldwide during June 2010 and March 2011. Indication for surgery was based on the European Association of Urology and the American Urological Association guidelines. Patients receiving anticoagulants or those with retention were included and analysed separately.

**Intervention**

180-W XPS GreenLight laser prostatectomy using the MoXy fibre.

**Measurements**

Standard parameters associated with transurethral prostate surgery and perioperative prevalence of surgery-associated problems or complications were documented.

**Results and limitations**

A total of 201 patients were included in the study. Mean follow-up was 5.8 mo (standard deviation [SD]: 2.8; range: 1–12 mo). A quarter of the patients had a prostate volume ≥80 ml. For prostates between 51 and 60 ml, a mean of 300 kJ (SD: 112) of energy was applied (lasing time: 35.0 min; SD: 15).



180-W XPS GreenLight Laser Therapy for Benign Prostate Hyperplasia: Early Safety, Ef

Statistically significant improvements were noted in all key parameters postoperatively. The prevalence of perioperative complications was low. Limitations of the study are short duration of follow-up and limited number of available patients for the functional follow-up.

## Conclusions

The 180-W GreenLight XPS laser is a new effective treatment option with a low prevalence of perioperative complications for patients suffering from LUTS due to BPE.

## Keywords

BPH; BPE; Laser therapy; GreenLight; Photoselective vaporisation; XPS; HPS; KTP; TURP; Laser prostatectomy

♣ Corresponding author. Department of Urology, University Hospital Basel, University of Basel, Spitalstr. 21, 4031 Basel, Switzerland. Tel. +41 61 265 7284; Fax: +41 61 265 7323.

Copyright © 2011 European Association of Urology. Published by Elsevier B.V. All rights reserved.

| About ScienceDirect | Contact and support | Information for advertisers | ELSEVIER |
| Terms and conditions | Privacy policy | | |

Copyright © 2014 Elsevier B.V. except certain content provided by third parties. ScienceDirect® is a registered trademark of Elsevier B.V.

Cookies are used by this site. To decline or learn more, visit our Cookies page

Switch to Mobile Site

▼Recommended articles

GreenLight HPS 120-W Laser Vaporization versus Tr…
2011, European Urology   more

Photoselective Vaporization Prostatectomy: Experienc…
2011, The Journal of Urology   more

Laser Treatment of Benign Prostatic Obstruction: Basi…
2012, European Urology   more

View more articles »

▶ Citing articles (34)

▶ Related reference work articles

Photoselective vaporization of the prostate with the potassium-titanyl-phosphate laser in men with prostates of >100 mL - Rajbabu - 2007 - BJU International - Wiley Online Library



**Wiley Online Library**

E-Mail Address

Forgotten Password?
Register
Institutional Login

☑ Remember Me

Let your [   ] do the [   ]   Let **Wiley Editing Services** provide you with expert help to ensure your manuscript is ready for submission   **Find out more and submit your manuscript**   **WILEY**

Home > Urology > Urology > BJU International > Vol 100 Issue 3 > Abstract

**JOURNAL TOOLS**
Get New Content Alerts
Get RSS feed
Save to My Profile
Get Sample Copy
Recommend to Your Librarian

**JOURNAL MENU**
Journal Home

**FIND ISSUES**
Current Issue
All Issues
Virtual Issues

**FIND ARTICLES**
Early View
Accepted Articles

**GET ACCESS**
Subscribe / Renew

**FOR CONTRIBUTORS**
OnlineOpen
Author Guidelines
Submit an Article

**ABOUT THIS JOURNAL**
Society Information
News
Overview
Editorial Board
Permissions
Advertise
Contact

**SPECIAL FEATURES**
bjui.org
Wiley's Urology Collection
Professional Opportunities
Wiley Job Network
Special ASM Issue: The USANZ Collection
Jobs


The 2nd Friends of Israel UROLOGICAL SYMPOSIUM

# BJUI
BJU International

## Photoselective vaporization of the prostate with the potassium-titanyl-phosphate laser in men with prostates of >100 mL

Krishnamoorthy Rajbabu, Srinath K. Chandrasekara, Neil J. Barber, Kilian Walsh and Gordon H. Muir

Article first published online: 19 MAY 2007
DOI: 10.1111/j.1464-410X.2007.06985.x



Issue

BJU International
Volume 100, Issue 3, pages 593–598, September 2007

Additional Information(Show All)
How to Cite    Author Information    Publication History

**How to Cite**
Rajbabu, K., Chandrasekara, S. K., Barber, N. J., Walsh, K. and Muir, G. H. (2007), Photoselective vaporization of the prostate with the potassium-titanyl-phosphate laser in men with prostates of >100 mL. BJU International, 100: 593–598, doi: 10.1111/j.1464-410X.2007.06985.x

**Author Information**
Department of Urology, King's College Hospital, Denmark Hill, London, UK

*Krishnamoorthy Rajbabu, Department of Urology, King's College Hospital, London SE5 9RS, UK. e-mail: bangarubabu72@hotmail.com

**Publication History**
Issue published online: 31 JUL 2007
Article first published online: 19 MAY 2007
Accepted for publication 16 February 2007

**SEARCH**
In this issue
Advanced >   Saved Searches >
SEARCH BY CITATION
Volume:    Issue:    Page:

**ARTICLE TOOLS**
Get PDF (130K)
Save to My Profile
E-mail Link to this Article
Export Citation for this Article
Get Citation Alerts
Request Permissions
Share



Abstract    Article    References    Cited By

View Full Article (HTML) |  Enhanced Article (HTML) |  Get PDF (130K)

**Keywords:**
prostate vaporization; transrectal ultrasonography; PSA; outcome; laser

## OBJECTIVES

To assess the efficacy of photoselective vaporization of the prostate (PVP) in men with prostates of >100 mL and causing bladder outlet obstruction (BOO), using the high-power 80 W potassium-titanyl-phosphate laser (GreenLight PV®, Laserscope, San Jose, CA, USA), which offers rapid tissue ablation with minimal bleeding.

## PATIENTS AND METHODS

We assessed 54 consecutive patients with prostates of >100 mL (mean 135, sd 42, range 100–300) who had PVP between May 2003 and August 2005. Evaluations before PVP included urine flowmetry, the International Prostate Symptom Score (IPSS), a quality-of-life (QoL) score, prostate-specific antigen (PSA) level, and prostate volume measured by transrectal ultrasonography (TRUS).

## RESULTS

The mean (sd, range) duration of PVP was 81.6 (22.9, 39–150) min, the mean energy used for PVP was 278 (80, 176–443) kJ and the mean duration of catheterization after PVP was 23.0 (17.1, 0–72) h. The mean (sd) maximum urinary flow rate improved from 8.0 (3.1) to 18.2 (8.1), 18.5 (9.2), 17.9 (7.6) and 19.3 (9.6) mL/s at 3, 6, 12 and 24 months, respectively. The IPSS and QoL scores showed similar

Photoselective vaporization of the prostate with the potassium-titanyl-phosphate laser in men with prostates of >100 mL - Rajbabu - 2007 - BJU International - Wiley Online Library



improvements, and there was a statistically significant reduction in PSA level and prostate volume after PVP. There was no major complication and no patient had transurethral resection syndrome or a blood transfusion.

## CONCLUSIONS

The 80 W KTP laser PVP offers rapid tissue ablation in patients with BOO caused by a large prostate. The short- and medium-term outcomes show that this technique can be a viable alternative to open prostatectomy.

View Full Article (HTML)   |   ▤ Enhanced Article (HTML)   |   ⬇ Get PDF (130K)

**More content like this**

Find more content: | like this article

Find more content written by: | Krishnamoorthy Rajbabu | Srinath K. Chandrasekara | Neil J. Barber | Kilian Walsh | Gordon H. Muir | All Authors

▧ WILEY Job Network

**Senior Genetic/Genomic Biomarker Group Leader**
Salary: Negotiable
Location: Germany
Senior Genetic/Genomic Biomarker Group Leader I am recruiting on behalf of an international Pharmaceutical organisation who a...

**Medico - Farmacologia**
Salary: €50000 - €60000 per annum
Location: Italy
Medico - Farmacologia Il nostro cliente e' una compagnia internazionale Farmaceutica che sta allargando molto velocemente i .

**Medical Science Liaison - Cardiovascolare - Sud Italia**
Salary: £45000 - £55000 per annum + car
Location: Campania
Medical Science Liaison - Cardiovascolare - Sud Italia NonStop Pharma sta collaborando con una compagnia Farmaceutica int...

**Product Specialist - passion for science -Italy**
Salary: €50000 - €60000 per annum
Location: Italy
Are you a Product Specialist with strong sales background and passion for science?Are you looking for a new challenge and you...

**Clinical Operations Director- oncology, CNS- pharma- Paris**
Salary: Negotiable
Location: Paris
We are looking for a seasoned international Clinical Operations Director to head a EU/US team of Project Managers and

| Medical Record Bates Stamp # | Length of Time (mm:ss) |
|---|---|
| 000001 | 00:38 |
| 000002 | 00:43 |
| 000003 | 09:00 |
| 000004 | 08:00 |
| 000005 | 01:41 |
| 000006 | 01:56 |
| 000007 | 10:06 |
| 000008 | 03:08 |
| 000009 | 02:31 |
| 000010 | 08:37 |
| 000011 | 12:34 |
| 000012 | 03:47 |
| 000013 | 04:09 |
| 000014 | 09:09 |
| 000015 | |
| 000016 | 01:46 |
| 000017 | 02:01 |
| 000018 | 02:58 |
| 000019 | 01:26 |
| 000020 | 06:19 |
| 000021 | 03:59 |
| 000022 | 04:03 |
| 000023 | 04:09 |
| 000024 | 04:53 |
| 000025 | 03:42 |
| 000026 | 03:45 |
| 000027 | 04:56 |
| 000028 | 03:40 |
| 000029 | 00:31 |
| 000030 | 01:19 |
| 000031 | 01:49 |
| 000032 | 01:21 |
| 000033 | 04:14 |
| 000034 | 04:17 |
| 000035 | 02:14 |
| 000036 | 01:48 |
| 000037 | 02:17 |
| 000038 | 04:24 |
| 000039 | 00:41 |
| 000040 | 02:14 |
| 000041 | 02:40 |
| 000042 | 02:54 |
| 000043 | 03:59 |

| | |
|---|---|
| 000044 | 02:19 |
| 000045 | 03:13 |
| 000046 | 03:30 |
| 000047 | 03:25 |
| 000048 | 01:41 |
| 000049 | 02:45 |
| 000050 | 03:51 |
| 000051 | 02:25 |
| 000052 | 03:41 |
| 000053 | 04:56 |
| 000054 | 01:28 |
| 000055 | 00:38 |
| 000056 | 01:26 |
| 000057 | 02:58 |
| 000058 | 11:41 |
| 000059 | 08:00 |
| 000060 | 01:02 |
| 000061 | 04:20 |
| 000062 | 04:06 |
| 000063 | 03:44 |
| 000064 | 02:28 |
| 000065 | 01:38 |
| 000066 | 05:54 |
| 000067 | 05:42 |
| 000068 | 05:56 |
| 000069 | 05:19 |
| 000070 | 06:05 |
| 000071 | 05:13 |
| 000072 | 05:57 |
| 000073 | 05:26 |
| 000074 | 07:25 |
| 000075 | 06:14 |
| 000076 | 05:37 |
| 000077 | 05:48 |
| 000078 | 06:01 |
| 000079 | 09:49 |
| 000080 | 07:51 |
| 000081 | 06:21 |
| 000082 | 06:54 |
| 000083 | 07:09 |
| 000084 | 07:20 |
| 000085 | 08:39 |
| 000086 | 07:29 |
| 000087 | 07:05 |
| 000088 | 07:07 |
| 000089 | 07:20 |

| | |
|---|---|
| 000090 | 07:05 |
| 000091 | 09:18 |
| 000092 | 09:37 |
| 000093 | 08:59 |
| 000094 | 08:21 |
| 000095 | 08:20 |
| 000096 | 09:43 |
| 000097 | 09:55 |
| 000098 | 10:12 |
| 000099 | 10:16 |
| 000100 | 11:05 |
| 000101 | 12:38 |
| 000102 | 12:22 |
| 000103 | 13:26 |
| 000104 | 09:28 |
| 000105 | 12:33 |
| 000106 | |
| 000107 | 13:24 |
| 000108 | 06:46 |
| 000109 | 04:46 |
| 000110 | 05:58 |
| 000111 | |


PLAINTIFF'S EXHIBIT B

DOB:
ADMIT: 03/17/11   AGE: 70   HSV: SOP
ATT: AZHER BASHIR   RM/BED:   SEX: M
MR #:   PAT #:   #: 206

## Laser Log

| | |
|---|---|
| Date: 3/17/11   OR # | Patient |
| Surgeon   Azher | |
| Procedure   Gleep | |

**Laser self test:** ☐ Pass   ☐ Fail

Circulating Nurse   _JL_

Scrub Nurse   _MH_

Laser Operator   _JL_

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☐ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☐ | No ☐ |
| Windows covered w/opaque covering | Yes ☐ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ | No ☐ |

### Laser Console Serial Number
☐ Holmium: 002-49025      ☑ XPS Green Light: XPS50080

Fiber Serial Number      Joules Used – per fiber

Range of Power Used: 8/40 **(Minimum) Watts:**      **(Maximum) Watts:**

Time procedure started:      Time procedure ended:

Total lasing time (found on screen)   43 sec

Total number of Joules (found on screen):   3344

Comments

Signature/Title   _Jloney R_   Date   3/17

Valley View Medical Center


PLAINTIFF'S EXHIBIT
C

000001

## VVMC Laser Log

Date: 3/25/13   OR # 4   Patient

Surgeon   Dr. Azher

Procedure   Cysto

**Laser Safety Procedures**

Laser self test: ☑ Pass   ☐ Fail

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☑ | ☐ |

Circulating Nurse   B. Aquino RN

| | Yes | No |
|---|---|---|
| Access Doors closed | ☑ | ☐ |
| Wavelength-specific eyewear used | ☑ | ☐ |

Scrub Nurse   K. Pfieffer ST

| | Yes | No |
|---|---|---|
| Windows covered w/opaque covering | ☑ | ☐ |

Laser Operator   B. Aquino R

| | Yes | No |
|---|---|---|
| Fire Protection (Fire extinguisher and water basin in room) | ☑ | ☐ |

**Laser Console Serial Number**

☐ Holmium: 002-49025   ☑ XPS Green Light: XPS50060

Total Joules Used (HZ):   Total Joules Used – per fiber:

Energy Joules Max:   Coag Watts Max: 40

Rate Pulses Max:   Vapor Watts Max: 80

Time procedure started: 1437   Time procedure ended: 1440

Total lasing time (found on screen): 33210 J

Comments

Signature/Title _____   Date 3/25/13

Patient Label

DOB:                    HSV: MTP
          AGE: 56     SEX: M
ADMIT: 03/22/13   RM/BED: 148  /A
ATT: SAAD SHAKER        #: 69
MR #:                PAT #:

✳Green

PRE SDC
10/21/10   AZHER, BASHIR
DOB          65        M   MR#
Valley View Medical  Ft Mohave, AZ

**Laser Log**

**Date:** 10/21/10   **OR #** 2   **Patient**

**Surgeon**                                    **Anesthesiologist** Basta

**Pre Op Dx** Obstructive prostate enlargement

| Anesthesia | |
|---|---|
| General | ☑ |
| Spinal | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

**Post Op Dx** Obstructive Prostate Enlargement

**Procedure** Cysto, GL laser TURP

**Prostate Gland Size:**

**Laser Safety Procedures**

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☑ | ☐ |
| Access Doors closed | ☑ | ☐ |
| Wavelength-specific eyewear used | ☑ | ☐ |
| Windows covered w/opaque covering | ☑ | ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | ☑ | ☐ |

**Circulating Nurse** L Romo RN

**Scrub Nurse** D. Fennen ST

**Laser Operator** L Romo RN

**Laser Console Serial Number** XPS50060

Start 1235
End 1238

**Fiber Serial Number**
10-2400-___ ___ ___ - ___ ___ ___ ___
10-2400-___ ___ ___ - ___ ___ ___ ___
10-2090-027H

**Joules Used – per fiber**

**Range of Power Used**   **(Minimum) Watts**       **(Maximum) Watts** 80 w   10 Coag

**Time procedure started**       **Time procedure ended**

**Total lasing time (found on XPS screen)** 0:00:38

**Total number of Joules (found on XPS screen)** (e) 2761 J

**Comments** Laser policy and procedure implemented

**Signature/Title** L Romo RN         **Date** 10/21/10

000003

Green XPS

REG SDC
09/30/10   AZHER,BASHIR
DOB:          81      M  HRf
Valley View Medical  Ft. Mohave, AZ

## Laser Log

| Date: | OR # | Patient |
|---|---|---|

Surgeon    *Azher*

Pre Op Dx

Post Op Dx

Procedure    *Greenlight enucleation of prostate*

Anesthesiologist    *Setloff*

Anesthesia

| | | |
|---|---|---|
| General | ☐ |
| Spinal | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

Prostate Gland Size:

Circulating Nurse

Scrub Nurse    *DD*

Laser Operator

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☐ No ☐ |
| Access Doors closed | Yes ☐ No ☐ |
| Wavelength-specific eyewear used | Yes ☐ No ☐ |
| Windows covered w/opaque covering | Yes ☐ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☐ No ☐ |

Laser Console Serial Number

Fiber Serial Number
10-2400- *10-2096-054H*
10-2400-_____ - _____

Joules Used – per fiber
*25*

Range of Power Used    (Minimum) Watts                              (Maximum) Watts

Time procedure started  *1501*          Time procedure ended   *1509*

Total lasing time (found on XPS screen)   *8min*

Total number of Joules (found on XPS screen)

Comments

Signature/Title  _____          Date   *9/30/10*

000004

## VVMC Laser Log

Date: 1/9/11   OR # 2   Patient

Surgeon  Azher

Procedure  Cysto, LAP

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse  M. Morgan RN

Scrub Nurse  H. Ganta

Laser Operator  MM HG

Laser Console Serial Number
☐ Holmium: 002-49025
Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

Fiber – 102400142A

☐ XPS Green Light XPS50060
Total Joules Used – per fiber: 7,534

Coag Watts Max: 35

Vapor Watts Max: 80

Time procedure started: 09/3   Time procedure ended: 09.5  Error mm

Total lasing time (found on screen): 1:41

Comments

Signature/Title  Michelle Jürgens RN   Date 1/9/11

Patient Label

HSV: SOP
DOB:
ADMIT: 12/19/11   AGE: 74   SEX: M
ATT: AZHER BASHIR   RM/BED: /
MR #:   PAT #: 206

000005

## VVMC Laser Log

Date: _12/5/11_   OR # _4_   Patient

Surgeon _Azher_

Procedure _Cysto, TURP, LAP_

Laser self test: ☒ Pass   ☐ Fail

**Circulating Nurse**
_M. Mangankin_

**Scrub Nurse**
_D. Fennelin_

**Laser Operator**

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):** _9,123_

**Energy Joules Max:**

**Rate Pulses Max:**

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes ☒ No ☐ |
| Access Doors closed | Yes ☒ No ☐ |
| Wavelength-specific eyewear used | Yes ☒ No ☐ |
| Windows covered w/opaque covering | Yes ☒ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☒ No ☐ |

_fiber - 10-2400-138A 9/13_

☐ XPS Green Light XPS50060
**Total Joules Used – per fiber:**

**Coag Watts Max:** _40_

**Vapor Watts Max:** _80_

Time procedure started: _1508_   Time procedure ended: _1513_

Total lasing time (found on screen): _1:56_

Comments

Signature/Title _M. Mangankin_   Date _12/5/11_

Patient La   DOB:   ADMIT: 12/05/11   ATT: AZHER BASHIR   MR #:   HSV: SOP   AGE: 73   SEX: M   RM/BED:   /   PAT #:   R: 206

## VVMC Laser Log

| Date: 12/5/11 | OR # | Patient | DOB: ▮▮▮▮  AGE: 71  SEX: M
ADMIT: 12/05/11  RM/BED:  /
ATT: AZHER BASHIR  #: 206
MR #: ▮▮▮▮  PAT #: ▮▮▮▮  HSV: SOP |

Surgeon  AZHER

Procedure  CYSTO, GREENLIGHT TURP, RETRIEVAL BLADDER STONE

**Laser self test:** ☑ Pass  ☐ Fail

**Circulating Nurse**  G. moron

**Scrub Nurse**  D. FERNON  Srt.

**Laser Operator**  G. moron

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes | No ☑ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Total Joules Used (HZ):**

**Energy Joules Max:**

**Rate Pulses Max:**

☑ **XPS Green Light:** XPS50060

**Total Joules Used – per fiber:** 52,401

**Coag Watts Max:** 35

**Vapor Watts Max:** 80 – 100

**Time procedure started:**

**Time procedure ended:**

**Total lasing time (found on screen):** 10.06

**Comments**

Signature/Title  Gretchen md          Date  12/5/11

Patient Label

## VVMC Laser Log

Date: _1 Dec 11_    OR # _4_    Patient

Surgeon _Asher_

Procedure _Colley_

**Laser Safety Procedures**

Laser self test: ☐ Pass    ☐ Fail

Laser Warning Signs on Access Doors    Yes ☑ No ☐

Circulating Nurse _Brown RN_

Access Doors closed    Yes ☑ No ☐

Scrub Nurse _Timmon St_

Wavelength-specific eyewear used    Yes ☑ No ☐
Windows covered w/opaque covering    Yes ☐ No ☐

Fire Protection
*(Fire extinguisher and water basin in room)*    Yes ☑ No ☐

Laser Operator _Brown RN_

**Laser Console Serial Number**
☐ Holmium: 002-49025

☐ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: _14,764_

Energy Joules Max:

Coag Watts Max: _80_

Rate Pulses Max:

Vapor Watts Max: _40_

Time procedure started: _1520_

Time procedure ended: _1523_

Total lasing time (found on screen): _3.08_

Comments

Signature/Title _Brown RN_    Date _1 Dec 11_

Patient Label

DOB:
ADMIT: 11/28/11    AGE: 74    HSV: MIP
ATT: ZEHRI WAHEED    RM/BED: 126  /A    SEX: M
MR #:    PAT #: 357

000008

## VVMC Laser Log

**Date:** 11/21/11   **OR #** 4   **Patient**

**Surgeon**

**Procedure** Cysto, CAP

**Laser Safety Procedures**

**Laser self test** ☑ Pass   ☐ Fail

Laser Warning Signs on Access Doors   Yes ☑ No ☐

**Circulating Nurse** M. Morgan RN

Access Doors closed   Yes ☑ No ☐

Wavelength-specific eyewear used   Yes ☑ No ☐

**Scrub Nurse** D. Dapper CST

Windows covered w/opaque covering   Yes ☑ No ☐

Fire Protection   Yes ☑ No ☐
*(Fire extinguisher and water basin in room)*

**Laser Operator** Mw LSO

fiber 102400-140A &P 10/20..

**Laser Console Serial Number**
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:** 11,942

**Energy Joules Max:**

**Coag Watts Max:** 40

**Rate Pulses Max:**

**Vapor Watts Max:** 80

**Time procedure started:** 10 31     **Time procedure ended:** 10 35

**Total lasing time (found on screen):** 2:31

**Comments**

**Signature/Title** M. Morgan RN     **Date** 11/21/11

**Patient Label**

DOB:                    AGE: 69    HSV: SOP
ADMIT: 11/21/11    RM/BED:      SEX: M
ATT: AZHER BASHIR     #: 206
MR #:                   PAT #:

000009

**VVMC Laser Log**

| | | | HSV: SOP |
|---|---|---|---|
| DOB: | | AGE: 74 | SEX: M |
| ADMIT: 11/17/11 | | RM/BED: | / |
| ATT: AZHER BASHIR | | | #: 206 |
| MR #: | | PAT #: | |

**Date:** 11-17-11  **OR #** C  **Patient**

**Surgeon** Dr Azhar

**Procedure** Cysto prostate Laser

**Laser self test:** ☐ Pass   ☐ Fail

**Circulating Nurse** L D Eliud

**Scrub Nurse** H. Ganta out

**Laser Operator** L D Eliud
H. Ganta out

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☐ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

☐ **XPS Green Light:** XPS50060

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:**

**Energy Joules Max:**

**Coag Watts Max:** 40

**Rate Pulses Max:**

**Vapor Watts Max:** 80

**Time procedure started:** 1101

**Time procedure ended:**

**Total lasing time (found on screen):** 0837
Energy: 47195 J

**Comments**

**Signature/Title** _____   **Date** 11-17-11

Patient Label

000010

**VVMC Laser Log**

DOB:
ADMIT: 11/17/11   AGE: 81   HSV: SOP
ATT: AZHER BASHIR   RM/BED:   SEX: M
MR #:   PAT #: 206

Date: 11-17-11   OR # 4   Patient

Surgeon   Azhy

Procedure   Crystn   Laser ablation Prostate

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse   LD'Elena

Scrub Nurse   Helena Ganta ORT

Laser Operator   LD'Elena
Helena Ganta ORT

**Laser Safety Procedures**

Laser Warning Signs on Access Doors   Yes☐ No ☐

Access Doors closed   Yes☐ No ☐

Wavelength-specific eyewear used   Yes☐ No ☐

Windows covered w/opaque covering   Yes☐ No ☐

Fire Protection
(Fire extinguisher and water basin in room)   Yes☐ No ☐

Laser Console Serial Number
☐ Holmium: 002-49025   ☑ XPS Green Light: XPS50060

Total Joules Used (HZ)   Total Joules Used – per fiber:

Energy Joules Max:   80-100-140   Coag Watts Max:   40

Rate Pulses Max:   40   Vapor Watts Max:   80-100-140 -140

Time procedure started:   0826   Time procedure ended:   0913

Total lasing time (found on screen):   103443J

Comments   Time 12:34

Signature/Title   L D'Elena   Date   11-17-11

Patient Label

DOB:
ADMIT: 11/17/11   AGE: 81   HSV: SOP
ATT: AZHER BASHIR   RM/BED:   SEX: M
MR #:   PAT #: 206

000011

# VVMC Laser Log

**Date:** _10/6/14_  **OR #** _4_  **Patient**

**Surgeon** _Dr Azher_

**Procedure** _Cysto greenlight prostate_

**Laser self test:** ☑ **Pass**  ☐ **Fail**    **Laser Safety Procedures**

**Circulating Nurse** _LD Ellis_

Laser Warning Signs on Access Doors    Yes ☑ No ☐

Access Doors closed    Yes ☑ No ☐

**Scrub Nurse** _Helen Santos_

Wavelength-specific eyewear used    Yes ☑ No ☐

Windows covered w/opaque covering    Yes ☑ No ☐

_Ken Pfeifer out_ OR1

**Laser Operator** _LD Ellis_    Fire Protection
_(Fire extinguisher and water basin in room)_    Yes ☑ No ☐

_Ken P._

**Laser Console Serial Number**
☐ Holmium: 002-49025    ☐ XPS Green Light: XPS50060

**Total Joules Used (HZ):**    **Total Joules Used – per fiber:** _17775 J_

**Energy Joules Max:**    **Coag Watts Max:** _40_

**Rate Pulses Max:**    **Vapor Watts Max:** _80_

**Time procedure started:** _1103_    **Time procedure ended:** _1108_

**Total lasing time (found on screen):** _3·47_    _Energy – 17775 J_

**Comments**

**Signature/Title** _L D Ellis_    **Date** _10/6/14_

**Patient Label**

SV: SOP
DOB: AGE: 52 SEX: M
ADMIT: 10/06/14 RM/BED:
ATT: AZHER BASHIR RM: 206
PAT #:
MD #

## VVMC Laser Log

Date: 10/3/11   OR # 4   Patient

Surgeon Azher

Procedure Cysto, TURP, TRUSP, Greenlight

**Laser Safety Procedures**

Laser self test: ☑Pass   ☐ Fail

| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |

Circulating Nurse M. Morgan

Scrub Nurse H. Gonta

Fire Protection   Yes ☑ No ☐
(Fire extinguisher and water basin in room)

Laser Operator Miss/HG

Lot -10-2400-129A
Exp. 7/2013

Laser Console Serial Number
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

Total Joules Used (HZ):
19,517

**Total Joules Used – per fiber:**

Energy Joules Max:

Coag Watts Max: 40

Rate Pulses Max:

Vapor Watts Max: 80

Time procedure started: 1205   Time procedure ended: 1234

Total lasing time (found on screen): 4.09

Comments

Signature/Title Michelle Morgan RN   Date 10/3/11

Patient Label

DOB:          AGE: 86   HGV: MIP
                              SEX: M
ADMIT: 09/28/11   RM/BED: 151 /A
ATT: ASLAM NABILA IM
MR #:          H: 360
              PAT #:

## VVMC Laser Log

| Date: 8-29-11    OR # 4    Patient | |
|---|---|

```
DOB:                    AGE:  70    HSV: SOP
ADMIT: 08/29/11         RM/BED:     SEX: M
ATT: AZHER BASHIR                    /
MR #:                   PAT #:      #: 206
```

Surgeon _Azher_

Procedure _greenlight TURP_

**Laser self test:** ☒ Pass   ☐ Fail

**Circulating Nurse** _Ford_

**Scrub Nurse** _Gauta_

**Laser Operator**

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ No ☐ |
| Access Doors closed | Yes ☒ No ☐ |
| Wavelength-specific eyewear used | Yes ☒ No ☐ |
| Windows covered w/opaque covering | Yes ☒ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ No ☒ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Total Joules Used (HZ):**

**Energy Joules Max:**

**Rate Pulses Max:**

☒ XPS Green Light: XPS50060
**Total Joules Used – per fiber:** _43.306 J_

**Coag Watts Max:** _40_

**Vapor Watts Max:** _80_

**Time procedure started:** _0909_     **Time procedure ended:** _0909_ _0918_

**Total lasing time (found on screen):** _9:09_

**Comments**

Signature/Title _____     Date _8-29-11_

Patient Label

000014

## VVMC Laser Log



DOB:
ADMIT: 08/22/11     AGE: 72     HSV: 80P
ATT: AZHER BASHIR   RM/BED:     SEX: M
MR #:                          /
                               PAT #: 206

| Date: | OR # | Patient |
|---|---|---|

**Surgeon** *Azher*

**Procedure** *GLEED*

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** *JLovay R*

**Scrub Nurse** *Genta*

**Laser Operator** *Azher/JL*

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

**Energy Joules Max:** *50,925*

**Rate Pulses Max:**

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

☐ **XPS Green Light:** XPS50060
**Total Joules Used – per fiber:**

**Coag Watts Max:** *80/40*

**Vapor Watts Max:**

**Time procedure started:**                    **Time procedure ended:**

**Total lasing time (found on screen):**

**Comments**

**Signature/Title** *JLovay R*                    **Date** *8/22*

Patient Label

000015

## VVMC Laser Log

Date: 8/22/11    OR # 4    Patient

Surgeon _Azher_

Procedure _Laser of Prostate_

Laser self test: ☑ Pass    ☐ Fail

Circulating Nurse
_JL_

Scrub Nurse
_H Gupta_

Laser Operator
_Azher / JL_

### Laser Safety Procedures

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☐ No ☑ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

Laser Console Serial Number
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50080

Total Joules Used (HZ):

Total Joules Used – per fiber:

Energy Joules Max: _7301 J_

Coag Watts Max: _80 /4_

Rate Pulses Max:

Vapor Watts Max:

Time procedure started:

Time procedure ended:

Total lasing time (found on screen): _1:40_

Comments

Signature/Title ___J Locky R___    Date _8/22/11_

Patient Label

000016

## VVMC Laser Log

Date: 9/15/11   OR # 2   Patient

Surgeon: Azhe

Procedure: GULAP

**Laser self test:** ☐ Pass   ☐ Fail

Circulating Nurse: Rosmo RN

Scrub Nurse: D Fennen

Laser Operator: Rosmo RN

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

☐ XPS Green Light: XPS50060

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:**

Energy Joules Max: 80W

Coag Watts Max:

Rate Pulses Max: 40 Coas

Vapor Watts Max:

Time procedure started: 1550

Time procedure ended:

Total lasing time (found on screen): 0:02:01

Comments: 9430 J

Signature/Title: Lin Rosmo RN   Date 9/15/11

Patient Label

HSV: MIP
DOB:                          AGE: 80   SEX: M
ADMIT: 09/13/11   RM/BED: 130   /A
ATT: AZHER BASHIR                      206
MR #:                      PAT #:

000017



☀Green XPS

## Laser Log

Date: 10/14/10   OR # 2   Patient

**Surgeon** M. AZHER

**Pre Op Dx** BPH c̄
obstruction

**Post Op Dx** GREENLIGHT LASER

**Procedure** GREEN LIGHT LASER
ABLATION OF PROSTATE

**Prostate Gland Size:**

**Circulating Nurse** Esmailian

**Scrub Nurse** Deppen

**Laser Operator** Esmailian

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400- 102090.022 A
10-2400- _____

**Anesthesiologist** M. SOTOFF

**Anesthesia**
General ☒
Spinal ☐
Pudendal Block ☐
IV Sedation ☐

**Laser Safety Procedures**
Laser Warning Signs on Access Doors        Yes☒ No ☐
Access Doors closed        Yes☒ No ☐
Wavelength-specific eyewear used        Yes☒ No ☐
Windows covered w/opaque covering        Yes☒ No ☐
Fire Protection        Yes☒ No ☐
*(Fire extinguisher and water basin in room)*

**Joules Used – per fiber**

**Range of Power Used**   (Minimum) Watts        (Maximum) Watts

Time procedure started   0823        Time procedure ended

Total lasing time (found on XPS screen)   0:02:58        80 – 40

Total number of Joules (found on XPS screen)   13,719 J

**Comments**

Signature/Title Esmailian        Date 10/14/11

000018

✷Green XPS

**Laser Log**

Date 10/14    OR # 4    Patient

Surgeon DR AZHER

Pre Op Dx

BPH

Post Op Dx

[stamp: 10/14/10  PRE SDC  AZHER, BASHIR  DOB:  84  M MRF  Valley View Medical  Ft. Mohave, AZ]

Anesthesiologist DR. BESTA

Anesthesia    General    ☒

Spinal    ☐

Pudendal Block    ☐

IV Sedation    ☐

**Procedure**

GREENLIGHT LASER
ABLATION OF PROSTATE

Prostate Gland Size:

**Circulating Nurse**

EM (E) N

**Scrub Nurse**

N HERNANDEZ ORG
K STEVENS ORG

**Laser Operator**

(E M (E) N)

**Laser Console Serial Number**

**Laser Safety Procedures**

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ No ☐ |
| Access Doors closed | Yes ☒ No ☐ |
| Wavelength-specific eyewear used | Yes ☒ No ☐ |
| Windows covered w/opaque covering | Yes ☒ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☒ No ☐ |

**Fiber Serial Number**    **Joules Used – per fiber**

10-2400- 10 2090 - 027 H

10-2400-_____

Range of Power Used    (Minimum) Watts    (Maximum) Watts

Time procedure started  0742    Time procedure ended

Total lasing time (found on XPS screen) — 00:01:26    80 - 40

Total number of Joules (found on XPS screen) — 5511 J

Comments

Signature/Title EM (E) N    Date 10/14/10

000019

☀Green **XPS**

10/14/10   AZHER,BASHIR
DOB            66        M M#
Valley View Medical  Ft. Mohave  AZ

PRE SDC

## Laser Log

Date: 10/14/10   OR # 2   Patient

Surgeon   AZHer

Pre Op Dx   Prostate enlargement

Anesthesiologist   Satloff

Anesthesia

| | |
|---|---|
| General | ☑ |
| Spinal | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

Post Op Dx

Procedure   Nysto, Turp

Prostate Gland Size:

### Laser Safety Procedures

Laser Warning Signs on Access Doors   Yes ☑  No ☐

Access Doors closed   Yes ☑  No ☐

Wavelength-specific eyewear used   Yes ☑  No ☐
Windows covered w/opaque covering   Yes ☑  No ☐

Fire Protection   Yes ☑  No ☐
*(Fire extinguisher and water basin in room)*

Circulating Nurse   Dallman, L

Scrub Nurse   Hernandez, m

Laser Operator   Dallman, L

Laser Console Serial Number

Fiber Serial Number
10-2400- 1 U 2D 90 - 029 H
10-2400-___ ___ ___ ___ ___ ___ ___

Joules Used – per fiber

Range of Power Used   (Minimum) Watts   (Maximum) Watts   80  40

Time procedure started   1538   Time procedure ended

Total lasing time (found on XPS screen)

Total number of Joules (found on XPS screen)   29 488
Lavar Time 6:19

Comments

Signature/Title   L Callman, RN   Date 10/14/10

000020

## VVMC Laser Log

|Date: 11/7/11   OR # 2   Patient [REDACTED]

Surgeon: Dr Ather

**Procedure** cystoscopy greenlight laser avocation prostate, Right
retrograde pyelogram

**Laser Safety Procedures**

**Laser self test:** ☑ Pass   ☐ Fail

| | | |
|---|---|---|
| **Laser Warning Signs on Access Doors** | Yes ☑ | No ☐ |
| **Access Doors closed** | Yes ☑ | No ☐ |
| **Wavelength-specific eyewear used Windows covered w/opaque covering** | Yes ☑ | No ☐ |
| **Fire Protection** *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Circulating Nurse**   T. Abel, RN

**Scrub Nurse**   D. Dapper, CST

**Laser Operator**   : T. Abel RN

**Laser Console Serial Number**
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:** 186,967 joules

vp 10-2400-135A   exp 08/2013

**Energy Joules Max:**

**Coag Watts Max:** 40

**Rate Pulses Max:**

**Vapor Watts Max:** 80

**Time procedure started:** 1354      **Time procedure ended:** 1409

**Total lasing time (found on screen):** 3 minutes 59 seconds

**Comments**

**Signature/Title** _[signature]_         **Date** 11/7/11

DOB: [REDACTED]       AGE: 87    HSV: MIP
ADMIT: 11/03/11   RM/BED: 144 /A   GEX: M
ATT: MALIK JAVED            R: 966
MR #:              PAT #: [REDACTED]

000021

# VVMC Laser Log

Date: 11/7/11      OR # 2      Patient: ▮▮▮▮▮▮▮▮▮▮▮

Surgeon: Dr Azher

Procedure: Cysto, Greenlight laser creation prostate

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** T Abelkw

**Scrub Nurse** D. Dapper, CST

**Laser Operator** T Abelkw

### Laser Safety Procedures

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☐ No ☐ |
| Wavelength-specific eyewear used Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

**Energy Joules Max:**

**Rate Pulses Max:**

☑ XPS Green Light: XPS50060
**Total Joules Used – per fiber:** 19,245 joule
vg 10-2400 -120A   exp 20/2013
**Coag Watts Max:** 40

**Vapor Watts Max:** 80

**Time procedure started:** 1204     **Time procedure ended:** 1215   1215   ewTA

**Total lasing time (found on screen):** 4 minutes 03 seconds

**Comments**

**Signature/Title** Mary Quinlan            **Date** 11/7/11

HSV: OBS
DOB: ▮▮▮▮▮   AGE: 86   SEX: M
ADMIT: 11/02/11   RM/BED: 141 /A
ATT: SEQUEIRA ERNESTO L   #: 589
MR #: ▮▮▮▮   PAT #: ▮▮▮▮▮

000022

## VVMC Laser Log

| Date: 10/31/11 | OR # 4 | Patient |

Surgeon  Dr Azher

Procedure  Cystro greenlight Laser prostate ablati.

**Laser self test:** ☑ Pass   ☐ Fail

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ | No ☐ |

Circulating Nurse  LD Ehri
Selena - Donaldson

Scrub Nurse  ORT student
Darin F. ORT

Laser Operator  LD Ehri

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Total Joules Used (HZ):**

**Energy Joules Max:**

**Rate Pulses Max:**

☐ XPS Green Light: XPS50060

**Total Joules Used – per fiber:** 18602J

**Coag Watts Max:** 40

**Vapor Watts Max:** 8

**Time procedure started:** 10:22

**Time procedure ended:** 10:29

**Total lasing time (found on screen):** 4:09

**Comments**

Signature/Title  LD Ehri

Date 10/31/1

**Patient Label**

```
DOB:
ADMIT: 10/31/11    AGE: 94    HSV: SOP
ATT:               RM/BED:    SEX: M
MR #: AZHER BASHIR            #: 206
                   PAT #:
```

000023

# VVMC Laser Log

Date: _8. Feb /12_     OR # _2_     Patient

Surgeon _Azher_

Procedure _Coll XP_

Laser self test: ☐ Pass   ☐ Fail

Circulating Nurse _P Brown RN_

Scrub Nurse _Coata ST  Mine ST_

Laser Operator _Brown  T_

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

## Laser Console Serial Number
☐ Holmium: 002-49025

☐ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: _38,543 J_

Energy Joules Max:

Coag Watts Max: _40_

Rate Pulses Max:

Vapor Watts Max: _80~160_

Time procedure started: _0942_     Time procedure ended: _0450_

Total lasing time (found on screen): _0942  4 mins 53 sec_

Comments

DOB: ███   AGE: 70   HSV: SOP   SEX: M
ADMIT: 02/09/12   RM/BED: ; N. 206
ATT: AZHER BASHIR
MR #: ███   PAT #: ███

Signature/Title _P Brown T_     Date _9 Feb /12_

Patient Label

# VVMC Laser Log

Date: 2/15/12   OR #          Patient

Surgeon  *Azher*

Procedure  *GLEP*

Laser self test: ☑ Pass    ☐ Fail

Circulating Nurse  *L Reno RN*

Scrub Nurse   *H Garcia ST*

Laser Operator   *L Reno RN*

**Laser Safety Procedures**

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☐ | ☐ |
| Access Doors closed | ☑ | ☐ |
| Wavelength-specific eyewear used | ☑ | ☐ |
| Windows covered w/opaque covering | ☐ | ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | ☐ | ☐ |

**Laser Console Serial Number**

☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max: *Start 80 W*

Rate Pulses Max:

☑ XPS Green Light: XPS50060

Total Joules Used – per fiber:

Coag Watts Max: *Start 35 W*

Vapor Watts Max:

Time procedure started: *0958*    Time procedure ended: *1005*

Total lasing time (found on screen):  *0:03:42   Energy 16674*

Comments   *Laser safety policy & procedure implemented.*

Signature/Title   *Lun Klom RN*    Date  *2/15/12*

Pa███████  DOB: ███████   AGE: 57   HSV: MIP   SEX: M
         ADMIT: 02/13/12  RM/BED: 140 /A
         ATT: RESK NAYER          H 95
         MR #:            PAT #: ████

000025

## VVMC Laser Log

Date: 2/20/12    OR # 4    Patient

Surgeon Dr Azher

Procedure Cystoscopy c̄ TURP, LAP

**Laser self test:** ☑ Pass  ☐ Fail

Circulating Nurse *Lynne Zims, (R)*

Scrub Nurse *Debbie Dapper-Sine Tech*

Laser Operator *Lynne Zimon*

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☑ XPS Green Light: XPS50060
Total Joules Used – per fiber:    *Energy 17,335*

Coag Watts Max: 40

Vapor Watts Max: 80

Time procedure started: 1220        Time procedure ended: 1228

Total lasing time (found on screen): 0.03:45

Comments

Signature/Title *Lynne Zims, R*        Date 2/20/12

Patient Label

HSV: 90P
DOB:                    AGE: 58    SEX: M
ADMIT: 01/30/12    RM/BED:    /
ATT: AZHER BASHIR
MR #:                    PAT #:    # 206

000026

## VVMC Laser Log

**Date:** 3/1/2012   **OR #**   **Patient** ▮▮▮▮▮▮▮▮▮▮

**Surgeon** Dr Azher

**Procedure** cystor LAP

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** T. Abel, RN

**Scrub Nurse** J. Gibson, ST

**Laser Operator** T. Abel, RN

**Laser Safety Procedures**

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

ref: 10-2400
lot 10-2400-14A   exp 12/2013

**Laser Console Serial Number**

☐ Holmium: 002-49025

**Total Joules Used (HZ):**

**Energy Joules Max:**

**Rate Pulses Max:**

☑ XPS Green Light: XPS50060

**Total Joules Used – per fiber:** 31,312 joules

**Coag Watts Max:** 35,40

**Vapor Watts Max:** 80, 120

**Time procedure started:** 1048      **Time procedure ended:** 1101

**Total lasing time (found on screen):** 4 minutes 56 seconds

**Comments**

**Signature/Title** _Ndey Abel RN_      **Date** 3/1/2012

Pa ▮▮▮   DOB: ▮▮▮   AGE: 69   HSV: SOP
ADMIT: 03/01/12   RM/BED:   SEX: M
ATT: AZHER BASHIR   #: 206
MR #: ▮▮▮   PAT #: ▮▮▮

# VVMC Laser Log

Date: 3/22/12    OR # 4    Patient

Surgeon _Azher_

Procedure _6LLEP_

**Laser self test:** ☐ Pass    ☐ Fail

**Circulating Nurse** _L Rosa RN_

**Scrub Nurse** _D. Dapper ST_

**Laser Operator** _L Rosa RN_

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☐ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025          ☐ XPS Green Light: XPS50060

**Total Joules Used (HZ):**              **Total Joules Used – per fiber:**

**Energy Joules Max:** _80 / 120_       **Coag Watts Max:**

**Rate Pulses Max:** _40, 40_           **Vapor Watts Max:**

**Time procedure started:** _1707_      **Time procedure ended:**

**Total lasing time (found on screen):** _03:40_

**Comments**   _21 483J_

**Signature/Title** _Lun Rosa RN_        **Date** _3/22/12_

Patient Label

DOB:                              AGE: 77    HSV: SOP
ADMIT: 03/22/12                   RM/BED:    SEX: M
ATT: AZHER BASHIR                           #: 206
MR #:                            PAT #:

**VVMC Laser Log**

DOB: [redacted]   AGE: 75   HSV: SOP
ADMIT: 07/28/11   RM/BED:   SEX: M
ATT: AZHER BASHIR   /
MR #: [redacted]   PAT #: 206

| Date: 7-28-11   OR # 4   **Patient**

**Surgeon** Azher

**Procedure** Cysto, Greenlight TURP

**Laser self test:** ☒ Pass   ☐ Fail

**Circulating Nurse** Jurlie Newland RN

**Scrub Nurse** Darren Fennern

**Laser Operator** Jurlie Newland

**Laser Safety Procedures**

Laser Warning Signs on Access Doors   Yes ☒ No ☐

Access Doors closed   Yes ☒ No ☐

Wavelength-specific eyewear used   Yes ☒ No ☐

Windows covered w/opaque covering   Yes ☒ No ☐

Fire Protection   Yes ☒ No ☐
(Fire extinguisher and water basin in room)

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

☒ XPS Green Light: XPS50060
**Total Joules Used – per fiber:** 2437

**Energy Joules Max:**

**Rate Pulses Max:**

**Coag Watts Max:** 40

**Vapor Watts Max:** 80

**Time procedure started:** 1200   **Time procedure ended:** 1201

**Total lasing time (found on screen):** 31 seconds

**Comments**

**Signature/Title** Jurlie Newland   **Date** 7-28-1

Patient Label

000029

# VVMC Laser Log

|Date: 7/25/11    OR #       Patient

Surgeon    AZHER

Procedure   CYSTO. BLADDER BX.
            GREENLIGHT

Laser self test: ☑ Pass    ☐ Fail

Circulating Nurse   G. MORA

Scrub Nurse    H. GARZA.

Laser Operator

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection | Yes ☑ No ☐ |
| *(Fire extinguisher and water basin in room)* | |

Laser Console Serial Number
☐ Holmium: 002-49025
Total Joules Used (HZ):

☑ XPS Green Light: XPS50060
Total Joules Used – per fiber:

Energy Joules Max:            Coag Watts Max:    40

Rate Pulses Max:             Vapor Watts Max:   80

Time procedure started:      Time procedure ended:

                             TOTAL ENERGY:
Total lasing time (found on screen):  1.19      6102 J

Comments

Signature/Title  _____      Date   7/25/11

DOB:
ADMIT: 07/20/11
ATT: AZHER BASHIR
MR #:
HSV: MIP
AGE: 72   SEX: M
RM/BED: 143  /A
HT 206
PAT #:

## VVMC Laser Log

**Date:** 7-18-11   **OR #**          **Patient**

DOB: ████
ADMIT: 07/18/11   AGE: 98   HSV: SOP
ATT: AZHER BASHIR   RM/BED:   SEX: M
MR #: ████           #: 206
                     PAT #: ████

**Surgeon** *Azher*

**Procedure** *greenlight laser*

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** *Ford*

**Scrub Nurse** *Dapper*

**Laser Operator**

### Laser Safety Procedures

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☐ | ☐ |
| Access Doors closed | ☐ | ☐ |
| Wavelength-specific eyewear used | ☐ | ☐ |
| Windows covered w/opaque covering | ☐ | ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | ☑ | ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

☑ **XPS Green Light:** XPS50060
**Total Joules Used – per fiber:** 8479J

**Energy Joules Max:**          **Coag Watts Max:** 400

**Rate Pulses Max:**          **Vapor Watts Max:** 100

**Time procedure started:**          **Time procedure ended:** 1350

**Total lasing time (found on screen):** 1:49

**Comments**

**Signature/Title** *(signature)*          **Date**

Patient Label

000031

*Azher*

## VVMC Laser Log

| Date: | *29 Sept 11* | | | | HSV: SOP |
|---|---|---|---|---|---|
| | | OR # *4* | Patient | DOB: ████  AGE: 84  SEX: M | |
| Surgeon | *Azher* | | | ADMIT: 09/29/11  RM/BED: / | |
| Procedure | *Collep* | | | ATT: AZHER BASHIR  RM #: 206 | |
| | | | | MR #:  PAT #: ████ | |

Laser self test:  ☐ Pass    ☐ Fail

Circulating Nurse ___ *Fennan* ___

Scrub Nurse ___ *Brown* ___

Laser Operator ___ *Fennan* ___

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☐ No ☑ | |
| Access Doors closed | Yes ☑ No ☐ | |
| Wavelength-specific eyewear used | Yes ☐ No ☑ | |
| Windows covered w/opaque covering | Yes ☐ No ☑ | |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ No ☐ | |

---

**Laser Console Serial Number**
Holmium: 002-49025
Total Joules Used (HZ):

Energy Joules Max: ~~*6,762*~~

Rate Pulses Max:

☐ XPS Green Light: XPS50060
Total Joules Used – per fiber:   *T  ↑ 6,762*

Coag Watts Max:   *40*

Vapor Watts Max:   *80*

Time procedure started: *1147*          Time procedure ended: *1150*

Total lasing time (found on screen):  *1:21*

Comments

Signature/Title ___ *Brown* ___     Date ___ *29 Sept 11* ___

Patient Label

000032

## VVMC Laser Log

Date: 6-20-11        OR # 2        Patient

DOB:
ADMIT: 06/20/11    AGE: 68    HSV: SOP    SEX: M
ATT: AZHER BASHIR    RM/BED: /
MR #:        PAT #: 206

Surgeon _Azher_

Procedure _cysto lase TURP_

Laser self test: ☑ Pass    ☐ Fail

Circulating Nurse _Ford_

Scrub Nurse _Fennew_

Laser Operator

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

Laser Console Serial Number
☐ Holmium: 002-49025
Total Joules Used (HZ):

☑ XPS Green Light XPS50060
Total Joules Used – per fiber:

Energy Joules Max:

Coag Watts Max: _40_

Rate Pulses Max:

Vapor Watts Max: _80_

Time procedure started: _1455_    Time procedure ended: _1500_

Total lasing time (found on screen): _4:14_

Comments

Signature/Title _McStella_        Date _6 20·11_

Patient Label

000033

15 Sept 11

# VVMC Laser Log

**Date:** OR # 4   Patient

**Surgeon** Azher

**Procedure** S/P 611eP

**Laser self test:** ☐ Pass   ☐ Fail

**Circulating Nurse** Brown

**Scrub Nurse** Jenkins

**Laser Operator** Brownn

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☐ No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Total Joules Used (HZ):**

**Energy Joules Max:**

**Rate Pulses Max:**

☑ XPS Green Light: XPS50060

**Total Joules Used – per fiber:** T 14.702

**Coag Watts Max:** 40

**Vapor Watts Max:** 80

**Time procedure started:** 1449   **Time procedure ended:** 1455

**Total lasing time (found on screen):** 4:17

**Comments**

**Signature/Title** P Brown ry   **Date** 15 Sept 11

**Patient Label**

```
DOB: ████████          HSV; SOP
ADMIT: 09/15/11   AGE: 70   SEX: M
ATT: AZHER BASHIR   RM/BED:
MR #:                 PAT #: ████#: 206
```

000034

# VVMC Laser Log

Date: _____ OR # _4_   Patient _____

Surgeon _Azher_

Procedure _Cystoscopy Gillep_

**Laser self test:** ☐ Pass   ☐ Fail

Circulating Nurse _Brown RT_

Scrub Nurse _Ferrein st_

Laser Operator _Brown_

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

### Laser Console Serial Number
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

**Total Joules Used (HZ):** _____

**Total Joules Used – per fiber:** _10,396_

**Energy Joules Max:** _____

**Coag Watts Max:** _40_

**Rate Pulses Max:** _____

**Vapor Watts Max:** _80_

**Time procedure started:** _1348_

**Time procedure ended:** _1357_

**Total lasing time (found on screen):** _2:14 Seconds mins_

**Comments**

Signature/Title _Brown_   Date _4 Au/11_

Patient Label

DOB: _____   AGE: 75   HSV: SOP   SEX: M
ADMIT: 08/04/11   RM/BED: _____   R: 206
ATT: AZHER BASHIR   PAT #: _____
MR #: _____

*4 Aug 11*

## VVMC Laser Log

Date: _____   OR # 4   Patient _____

Surgeon _____

Procedure   *Cysto Collep Bladder Bx*

| | |
|---|---|
| **Laser self test:** ☐ Pass   ☐ Fail | **Laser Safety Procedures** |
| Circulating Nurse  *Brown* | Laser Warning Signs on Access Doors   Yes ☑ No ☐ |
| | Access Doors closed   Yes ☑ No ☐ |
| Scrub Nurse  *St Fearmen* | Wavelength-specific eyewear used   Yes ☑ No ☐ |
| | Windows covered w/opaque covering   Yes ☑ No ☐ |
| Laser Operator  *Brown* | Fire Protection   Yes ☑ No ☐ (Fire extinguisher and water basin in room) |

**Laser Console Serial Number**
☐ Holmium: 002-49025          ☑ XPS Green Light: XPS50060

Total Joules Used (HZ): _____   Total Joules Used – per fiber: *8,258 J*

Energy Joules Max: _____   Coag Watts Max: *40*

Rate Pulses Max: _____   Vapor Watts Max: *30*

Time procedure started: *1621*   Time procedure ended: *1625*

Total lasing time (found on screen): *1:46*

Comments

Signature/Title  *Brown*          Date  *4 Aug 11*

Patient Label

DOB:          AGE: 71   SEX: M
ADMIT: 08/04/11   RM/BED:   /
ATT: AZHER BASHIR   #: 206
MR #:          PAT #:
HSV: SOP

## VVMC Laser Log

| Date: | OR # 2 | Patient |

RSV: MIP
DOB: ████  AGE: 80  SEX: M
ADMIT: 06/24/11  RM/BED: 141 /A
ATT: AZHER BASHIR  #: 206
MR #: ████  PAT #: ████

Surgeon _Azher_

Procedure _cysto laser TURP_
_S/P cath_

Laser self test: ☒ Pass   ☐ Fail

Circulating Nurse _Ford_

Scrub Nurse _tech_
_Gibson_

Laser Operator

**Laser Safety Procedures**

Laser Warning Signs on Access Doors   Yes ☐ No ☐

Access Doors closed   Yes ☐ No ☐

Wavelength-specific eyewear used   Yes ☐ No ☐
Windows covered w/opaque covering   Yes ☐ No ☐

Fire Protection   Yes ☒ No ☐
*(Fire extinguisher and water basin in room)*

Laser Console Serial Number
☐ Holmium: 002-49025
Total Joules Used (HZ):

☒ XPS Green Light: XPS50080
Total Joules Used – per fiber: _10.511 J_

Energy Joules Max:

Coag Watts Max: _40_

Rate Pulses Max:

Vapor Watts Max: _80_

Time procedure started:                Time procedure ended:

Total lasing time (found on screen): _2:17_

Comments

Signature/Title _____   Date _6·27·11_

Patient Label

000037

# VVMC Laser Log

| Date: 3 Nov 11 | OR # 2 | Patient |

Surgeon *Aden*

Procedure *Turp Coleg*

Laser self test: ☐ Pass   ☐ Fail

Circulating Nurse *Brown*

Scrub Nurse *Counto, H st*

Laser Operator *Brown pr*

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max: *L*

☐ **XPS Green Light:** XPS50060

Total Joules Used – per fiber: *↑ 21124*

Coag Watts Max: *40*

Vapor Watts Max: ~~40~~ *80*

Time procedure started: *1421*      Time procedure ended: *1426*

Total lasing time (found on screen): *4 mins 34 secs*

Comments

| | |
|---|---|
| DOB: ▓▓▓▓ | AGE: 74   HSV: SOP   SEX: M |
| ADMIT: 11/03/11 | RM/BED: / |
| ATT: AZHER BASHIR | #: 206 |
| MR #: ▓▓▓▓ | PAT #: ▓▓▓▓ |

Signature/Title *Brown RN*      Date *3 Nov 11*

Patient Label

000038

## VVMC Laser Log

Date: 6.13.11     OR #          Patient

Surgeon    Azlen

Procedure    cysto laser TURP

Laser self test: ☒ Pass      ☐ Fail

Circulating Nurse

FORD

Scrub Nurse    Ferriern

Laser Operator

**Laser Safety Procedures**

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☒ | ☐ |
| Access Doors closed | ☒ | ☐ |
| Wavelength-specific eyewear used | ☒ | ☐ |
| Windows covered w/opaque covering | ☒ | ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | ☒ | ☐ |

Laser Console Serial Number
☐ Holmium: 002-49025
Total Joules Used (HZ):

☒ XPS Green Light: XPS50060
Total Joules Used – per fiber: 3.183 J

Energy Joules Max:                    Coag Watts Max:

Rate Pulses Max:                    Vapor Watts Max:

Time procedure started:                    Time procedure ended:

Total lasing time (found on screen):    41 sec

Comments

Signature/Title    U 2n0e1          Date  6.13.11

Patient Label

HSV: SOP
AGE: 88    SEX: M
DOB:                   RM/BED: /
ADMIT: 06/13/11    #: 206
ATT: AZHER BASHIR    PAT #:
MR #:

## VVMC Laser Log

Date: 6/13/11     OR # 4     Patient

Surgeon     AZHER

Procedure     CYSTO, GREENLIGHT TURP

Laser self test: ☒ Pass     ☐ Fail

Circulating Nurse     G. MORAN

Scrub Nurse     H. GAWTA

Laser Operator     G MORAN / H. GAWTA

**Laser Safety Procedures**

Laser Warning Signs on Access Doors     Yes ☒ No ☐

Access Doors closed     Yes ☒ No ☐

Wavelength-specific eyewear used     Yes ☒ No ☐

Windows covered w/opaque covering     Yes ☒ No ☐

Fire Protection     Yes ☒ No ☐
*(Fire extinguisher and water basin in room)*

**Laser Console Serial Number**
☐ Holmium: 002-49025
Total Joules Used (HZ):

☒ XPS Green Light: XPS50060     RSF 10-2400
Total Joules Used – per fiber:

Energy Joules Max:   10,372 J.     Coag Watts Max:   35

Rate Pulses Max:     Vapor Watts Max:   80

Time procedure started:     Time procedure ended:

Total lasing time (found on screen):   2.14

Comments

Signature/Title   Gretchen Moran     Date   6/13/11

Patient Label

DOB: ▓▓▓     AGE: 55   HSV: SOP   SEX: M
ADMIT: 06/13/11   RM/BED:   /
ATT: AZHER BASHIR       #: 206
MR #: ▓▓▓▓▓     PAT #: ▓▓▓

## VVMC Laser Log

| Date: 6-9-11 | OR # | Patient |

Surgeon *Azher*

Procedure *Greenlight TURP*

**Laser self test:** ☐ Pass   ☐ Fail

**Circulating Nurse**

**Scrub Nurse**

**Laser Operator**

**Laser Safety Procedures**

Laser Warning Signs on Access Doors          Yes ☑ No ☐

Access Doors closed          Yes ☑ No ☐

Wavelength-specific eyewear used          Yes ☑ No ☐
Windows covered w/opaque covering          Yes ☑ No ☐

Fire Protection          Yes ☐ No ☐
*(Fire extinguisher and water basin in room)*

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

**Energy Joules Max:** 12,465

**Rate Pulses Max:**

☑ **XPS Green Light:** XPS50060
**Total Joules Used – per fiber:**

**Coag Watts Max:** 80

**Vapor Watts Max:** 35

**Time procedure started:**
1157

**Time procedure ended:**
1203

**Total lasing time (found on screen):** 2:40

**Comments**

Signature/Title *Julie Newland RN*          Date 6-9-11

Patient Label

DOB:
ADMIT: 06/09/11     AGE:  53     HSV: SOP
ATT: AZHER BASHIR   RM/BED:      SEX: M
MR #:                #: /
                     PAT #: 206

# VVMC Laser Log

Date: 6/6/11   OR # 4   Patient

Surgeon  *Azher*

Procedure  *Collip*

Laser self test: ☒ Pass   ☐ Fail

Circulating Nurse  *brown RN*

Scrub Nurse  *Dupper GF*

Laser Operator  *brown RN*

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ | No ☐ |
| Access Doors closed | Yes ☒ | No ☐ |
| Wavelength-specific eyewear used | Yes ☒ | No ☐ |
| Windows covered w/opaque covering | Yes ☐ | No ☒ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☒ | No ☐ |

Laser Console Serial Number

☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☒ XPS Green Light: XPS50060

Total Joules Used – per fiber:  *13,544*

Coag Watts Max:  *40*

Vapor Watts Max:  *80*

Time procedure started:  *1158*   Time procedure ended:  *1203*

Total lasing time (found on screen):  *2:54*

Comments

Signature/Title  *brown RN*   Date  *6/6/11*

Patient Label

DOB:
ADMIT: 05/30/11   AGE: 78   HSV: TEL
ATT: KHAN MAJAZ   RM/BED: 156 /A   SEX: M
MR #:   #: 201
PAT #:

000042

**Laser Log**

DOB:
ADMIT: 05/22/11        AGE:  88    HSV: TEL
ATT: AZHER BASHIR      RM/BED: 130  /A    SEX: M
MR #:                  #: 206
                       PAT #:

| Date: 5/23/11 | OR # | Patient |

Surgeon  KURER

Procedure  CYSTO. GREEN LIGHT

**Laser Safety Procedures**

Laser self test: ☐ Pass     ☐ Fail

Circulating Nurse  GMANN  RN

Scrub Nurse  D. DAPPER .

Laser Operator  G MANN

Laser Warning Signs on Access Doors        Yes☑ No ☐

Access Doors closed                        Yes☑ No ☐

Wavelength-specific eyewear used           Yes☑ No ☐
Windows covered w/opaque covering          Yes☑ No ☐

Fire Protection                            Yes☑ No ☐
*(Fire extinguisher and water basin in room)*

Laser Console Serial Number
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

Fiber Serial Number

**Joules Used – per fiber**
MSF-10 - 2400

Range of Power Used:  80     (Minimum) Watts:  40     (Maximum) Watts:

Time procedure started:  1621     Time procedure ended:  1629

Total lasing time (found on screen) 3.59

Total number of Joules (found on screen):  17,590

Comments

Signature/Title  Gretchamma     Date 5/23/11

Valley View Medical Center

000043

ORIGINAL

## Laser Log

| Date: _25 Nov'11_ | OR # _2_ | Patient |

Surgeon _Azher_

Procedure _Colley_

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse _Brown RN_

Scrub Nurse _Brown_
m Herman dey

Laser Operator _Brown RN_

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ | No ☐ |

Laser Console Serial Number
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

Fiber Serial Number

Joules Used – per fiber

_XT_

| | | |
|---|---|---|
| Range of Power Used: | (Minimum) Watts _40_ | (Maximum) Watts _80_ |
| Time procedure started: _1219_ | Time procedure ended: _1221_ | |
| Total lasing time (found on screen) _2:19_ | | |
| Total number of Joules (found on screen): _10,019 Joules_ | | |

Comments

Signature/Title _Brown RN_   Date _25 Nov'11_

Valley View Medical Center

DOB: ████
ADMIT: 05/26/11   AGE: 90   HSV: SOP
ATT: AZHER BASHIR   RM/BED:   SEX: M
MR #:   PAT #: ████   #: 206

000044

ORIGINAL

**Laser Log**

Date: 06/2/11          OR #          Patient

Surgeon  Archer

Procedure

*PA #*

Laser self test:  ☐ Pass     ☐ Fail

Circulating Nurse  _UK_

Scrub Nurse

Laser Operator

**Laser Safety Procedures**

Laser Warning Signs on Access
Doors                                        Yes ☐ No ☐

Access Doors closed                 Yes ☐ No ☐

Wavelength-specific eyewear used  Yes ☑ No ☐
Windows covered w/opaque
covering                                      Yes ☐ No ☐

Fire Protection                           Yes ☑ No ☐
*(Fire extinguisher and water basin in
room)*

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Fiber Serial Number**

☐ **XPS Green Light:** XPS50060
**Joules Used – per fiber**

Range of Power Used:          (Minimum) Watts;          (Maximum) Watts:

Time procedure started:          Time procedure ended:

Total lasing time (found on screen)

Total number of Joules (found on screen):

Comments

Start 1205
End 12 09

80w     40w

lasing time C:03:13
Energy 15 146 J

Signature/Title  _____ RN ____ Date _____

Valley View Medical Center

000045

**VVMC Laser Log**

Date: 21 Jul 11    OR # 2    Patient

Surgeon    *Ashur*

Procedure    *Cysto GLP*

Laser self test: ☒ Pass   ☐ Fail

Circulating Nurse    *Brown*

Scrub Nurse    *Dupper*

Laser Operator    *Brown*

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ | No ☐ |
| Access Doors closed | Yes ☒ | No ☐ |
| Wavelength-specific eyewear used | Yes ☒ | No ☐ |
| Windows covered w/opaque covering | Yes ☒ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☒ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☒ XPS Green Light: XPS50060
Total Joules Used – per fiber: *18.607*

Coag Watts Max:   *35*

Vapor Watts Max:   *100*

Time procedure started: *1124*    Time procedure ended: *1129*

Total lasing time (found on screen): *3:30*

Comments

Signature/Title    *P Brown R*    Date   *21 Jul 2011*

Patient Label

DOB:                    AGE: 76      HSV: SOP
ADMIT: 07/21/11        RM/BED:      SEX: M
ATT: AZHER BASHIR                  /
MR #:                  PAT #: 206

000046

# VVMC Laser Log

Date: _24 Dec 2011_  OR # _2_   Patient

Surgeon _Azher_

Procedure _TURP_

Laser self test: ☐ Pass   ☐ Fail

Circulating Nurse _Brown RN_

Scrub Nurse _Fen Mern ST_

Laser Operator _Brown RN_

**Laser Safety Procedures**

Laser Warning Signs on Access Doors — Yes ☑ No ☐

Access Doors closed — Yes ☑ No ☐

Wavelength-specific eyewear used — Yes ☑ No ☐

Windows covered w/opaque covering — Yes ☐ No ☐

Fire Protection
(Fire extinguisher and water basin in room) — Yes ☑ No ☐

**Laser Console Serial Number**

☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: _13,710 J_

Energy Joules Max:

Coag Watts Max: _80_

Rate Pulses Max:

Vapor Watts Max: _80_

Time procedure started: _1410_

Time procedure ended: _1415_

Total lasing time (found on screen): _3.25_

Comments _13:710 Joules_

Signature/Title _P Brown RN_   Date _29 Dec 11_

Patient Label

HSV: SOP
AGE: 73   SEX: M
DOB: ███████   RM/BED: ███
ADMIT: 12/29/11   #: 206
ATT: AZHER BASHIR   PAT #: ██████
MR #: ███████

000047

✳Green͏ ‌XPS

**Laser Log**

```
                          PRE SOC
12/20/10          AZHER, BASHIR
DOB        71    M    MR#
Valley View Medical Center
```

|Date: 12/20/10    OR # 2    Patient _____

Surgeon *Azher*          Anesthesiologist *Saltoff*

Pre Op Dx          Anesthesia     General    ☒
*History bladder cancer, CAP*
*external Radiation, UTI*          :Spinal    ☐

Post Op Dx          Pudendal Block    ☐
*See progress note*
          :IV Sedation    ☐

Procedure
*Cysto, Bladder Biopsy*
*& LEP*

Prostate Gland Size: _____          **Laser Safety Procedures**
          Laser Warning Signs on Access
          Doors          Yes ☒ No ☐

Circulating Nurse          Access Doors closed    Yes ☒ No ☐
*K. Ford RN / Sivansen*
          Wavelength-specific eyewear used    Yes ☒ No ☐
Scrub Nurse          Windows covered w/opaque
*Helena Ganta ST*          covering    Yes ☒ No ☐

          Fire Protection    Yes ☒ No ☐
Laser Operator          *(Fire extinguisher and water basin in
          room)*


Laser Console Serial Number _____

Fiber Serial Number          Joules Used – per fiber
10-2400-_____    .  _____
10-2400-_____    .  _____
*10-2090 -036 H*

Range of Power Used    (Minimum) Watts  *80* / *20*    (Maximum) Watts

Time procedure started *0946*    Time procedure ended *0948*

Total lasing time (found on XPS screen) *1:41*

Total number of Joules (found on XPS screen) *7,898*

**Comments**


Signature/Title *Sivansen* _____    Date *12/20/10* _____

000048



**※Green XPS**

```
              ADM IN    H.147-1
12/13/10    KAHN,PERWAIZ
DOB         80       M  MR#
Valley View Medical  Ft. Mohave, AZ
```

## Laser Log

| Date: 12/14/10     OR # 3     Patient

**Surgeon** Arken                          **Anesthesiologist** Sephine

**Pre Op Dx** urinary obstruction          **Anesthesia**

**Post Op Dx** urinary prostate obstruction

|  | | |
|---|---|---|
| General | ☑ |
| Spinal: | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

**Procedure** Cysto Greenlight Laser TURP

**Prostate Gland Size:**

**Laser Safety Procedures**

Laser Warning Signs on Access Doors — Yes ☑ No ☐

**Circulating Nurse** P. Brown

Access Doors closed — Yes ☑ No ☐

Wavelength-specific eyewear used — Yes ☑ No ☐

**Scrub Nurse** D. Ferreira

Windows covered w/opaque covering — Yes ☐ No ☐

Fire Protection — Yes ☑ No ☐
*(Fire extinguisher and water basin in room)*

**Laser Operator** P. Brown R.

**Laser Console Serial Number**

**Fiber Serial Number**          **Joules Used – per fiber**
10-2400- 02090 - 036H
10-2400-

**Range of Power Used   (Minimum) Watts** 40      **(Maximum) Watts** 80

**Time procedure started** 0815      **Time procedure ended**

**Total lasing time (found on XPS screen)**      2:45

**Total number of Joules (found on XPS screen)**

**Comments**      17,708

**Signature/Title** P. Brown R.      **Date** 12/14/10

000049

✳Greenlight XPS

PRE SDC
12/09/10   AZHER, BASHIR
DOB         61      M  MR#
Valley View Medical  Ft. Mohave, IV

### Laser Log

| Date: | OR # | Patient |

Surgeon        *Azher*

Anesthesiologist   *Sierbird*

**Pre Op Dx**

| Anesthesia | General | ☑ |
| | Spinal: | ☐ |
| | Pudendal Block | ☐ |
| | IV Sedation | ☐ |

**Post Op Dx**

Procedure   *Greenlight Laser of Prostate*

**Prostate Gland Size:**

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes☑ No ☐ |
| Access Doors closed | Yes☑ No ☐ |
| Wavelength-specific eyewear used | Yes☑ No ☐ |
| Windows covered w/opaque covering | Yes☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes☑ No ☐ |

Circulating Nurse   *J Lowsy*
*D Fenner N*

Scrub Nurse

Laser Operator   *P Brown Rn*

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400- *0457*          **Joules Used – per fiber**
10-2400-

**Range of Power Used   (Minimum) Watts**   *70*        **(Maximum) Watts**

**Time procedure started**  *1553*     **Time procedure ended**   *1603*

**Total lasing time (found on XPS screen)**  *3:51*

**Total number of Joules (found on XPS screen)**  *18,067*

**Comments**

**Signature/Title**   _____        **Date**   *12.9*

☀Green ☀ XPS

**Laser Log**

| | PRE SOC |
| 12/06/10 | AZHER,BASHIR |
| DOB | 72   M  MR# |
| Valley View Medical  Ft. Mohave, AZ |

Date: 12/6/10   OR # 4   Patient

Surgeon Azher

Pre Op Dx BPH IOBS / UTI

**Anesthesiologist** Basta

Post Op Dx
Same

**Anesthesia**    General    ☒

:Spinal:    ☐

Pudendal Block    ☐

IV Sedation    ☐

**Procedure** Cysto meatal dilation GLEP

**Prostate Gland Size:**

**Laser Safety Procedures**

Laser Warning Signs on Access Doors    Yes☐ No☐

Access Doors closed    Yes☐ No☐

**Circulating Nurse** J EVANS RN / Keith Ford

Wavelength-specific eyewear used    Yes☒ No☐
Windows covered w/opaque covering    Yes☒ No☐

**Scrub Nurse**

Jill GIBSON ST

Fire Protection
*(Fire extinguisher and water basin in room)*    Yes☒ No☐

**Laser Operator**

**Laser Console Serial Number**

**Fiber Serial Number**

10-2400-_____ -_____

10-2400-_____ -_____

10-2090- 036H

**Joules Used – per fiber**

**Range of Power Used    (Minimum) Watts** 80/40    **(Maximum) Watts** 80/40

**Time procedure started**    **Time procedure ended**

**Total lasing time (found on XPS screen)** 2:25

**Total number of Joules (found on XPS screen)** 11,303 J

**Comments**

Signature/Title JohanSEN    Date 12/6/10

✳Green light XPS

**Laser Log**

| Date: 11/29/10 | OR # | Patient |

```
                          PRE SDC
                  11/25/10  AZHER,BASHIR
                  DOB      90      M  MRN
                  Valley View Medical  Ft. Mohave, AZ
```

Surgeon *Azher*

Pre Op Dx

**Anesthesiologist**

| Anesthesia | General | ☑ |
| | Spinal | ☐ |
| | Pudendal Block | ☐ |
| | IV Sedation | ☐ |

Post Op Dx

Procedure *Cysto, bx bladder,*
*GL 8P*

Prostate Gland Size:

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

**Circulating Nurse**
*Kevin Ford / Tavars RN*

**Scrub Nurse**
*ST Jill Gibson*

**Laser Operator**

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400- *044A* - _____  *GXP 2012*
10-2400- _____ - _____

**Joules Used – per fiber**

**Range of Power Used**   (Minimum) Watts *@ 0946  80*   (Maximum) Watts *80*

Time procedure started *0931- laser*   Time procedure ended

Total lasing time (found on XPS screen) *W 3:41 sec*

Total number of Joules (found on XPS screen) *17,266*

**Comments**

Signature/Title *Evansen*   Date *11/29/10*

000052

☀Green : XPS

## Laser Log

Date: 11/11/10   OR # 4   Patient ████████████

Surgeon _Dr Archer_   Anesthesiologist _Dr Satlой_

Pre Op Dx   Anesthesia

_CAP, S/P cryotherapy_   General ☒

_OPE ø OBS_   Spinal: ☐

Post Op Dx   _Same as preop_   Pudendal Block ☐

IV Sedation ☐

Procedure _GLEEP_
_Cysto_

Prostate Gland Size:

**Laser Safety Procedures**

Laser Warning Signs on Access Doors — Yes ☒ No ☐

Circulating Nurse _T Abelкn_

Access Doors closed — Yes ☒ No ☐

Scrub Nurse _M. Hernandez, ST_

Wavelength-specific eyewear used — Yes ☒ No ☐

Windows covered w/opaque covering — Yes ☒ No ☐

Fire Protection
(Fire extinguisher and water basin in room) — Yes ☒ No ☐

Laser Operator _T Abelкn_

Laser Console Serial Number

| Fiber Serial Number | Joules Used – per fiber |
|---|---|
| ~~10-2400~~ | _Coag_   _Vapor_ |
| ~~10-2400~~ | _20 w_   _80 w_ |

_10-2090-0274   exp 07/2012_

Range of Power Used   (Minimum) Watts _20_   (Maximum) Watts _80_

Time procedure started _1307_   Time procedure ended _1320_

Total lasing time (found on XPS screen) _4 min 56 sec_

Total number of Joules (found on XPS screen) _23,224 j_

Comments

███████████
SCH SDC
11/11/10   AZHER,BASHIR
DOB   74   M MRE ██████████
Valley View Medical  FL  Mohave, AZ

Signature/Title _____   Date _11/11/10_

000053

※Green XPS

REG SDC
11/08/10   AZHER, BASHIR
DOB        66        M  MR#
Valley View Medical  Ft. Mohave, AZ

## Laser Log

Date: 11/8/10    OR # 2    Patient

Surgeon  Azher
Pre Op Dx  OPE

Anesthesiologist  Seibine

Anesthesia    General    ☒
              Spinal     ☐

Post Op Dx  Same

              Pudendal Block  ☐

              IV Sedation  ☐

Procedure

Prostate Gland Size:

Circulating Nurse  (CFORD RN

Scrub Nurse  D.Feuben

Laser Operator  (CFORD RN

**Laser Safety Procedures**

Laser Warning Signs on Access Doors    Yes ☒ No ☐

Access Doors closed    Yes ☒ No ☐

Wavelength-specific eyewear used    Yes ☒ No ☐
Windows covered w/opaque covering    Yes ☒ No ☐

Fire Protection    Yes ☒ No ☐
*(Fire extinguisher and water basin in room)*

Laser Console Serial Number

Fiber Serial Number
10-2400- 10 2090 - 027 H
10-2400-

Joules Used – per fiber

Range of Power Used    (Minimum) Watts    (Maximum) Watts

Time procedure started  1416    Time procedure ended  1416

Total lasing time (found on XPS screen)  0:01:28

Total number of Joules (found on XPS screen)  6.669 J

Comments

Signature/Title  Wand Ort    Date  11.8.10

000054

❄️Green

**Laser Log**

Date: 10/21/10  OR # 2  Patient

Surgeon _____

Anesthesiologist _Basta_

Pre Op Dx  Obstructive prostate enlargement

| Anesthesia | / | General | ☑ |
|---|---|---|---|
| | | Spinal | ☐ |
| | | Pudendal Block | ☐ |
| | | IV Sedation | ☐ |

Post Op Dx  Obstructive Prostate
                        Enlargement

Procedure  Cysto, GL laser TURP

Prostate Gland Size: _____

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
|---|---|
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

Circulating Nurse  L Romo RN

Scrub Nurse  D. Fennen ST

Laser Operator  L Romo RN

Start 1235

Laser Console Serial Number  XPS50060

Fiber Serial Number
10-2400-_____ _____ . _____ _____
10-2400-_____ _____ . _____ _____
10-2090-0274

Joules Used – per fiber  End 1238

Range of Power Used  (Minimum) Watts

Time procedure started                Time procedure ended  80 w  10 Coag

Total lasing time (found on XPS screen) 0:00:38

Total number of Joules (found on XPS screen) (e) 2761 J

Comments  Laser policy and procedure implemented

Signature/Title _____ Romo RN _____  Date _10/21/10_

✳ Green XPS

## Laser Log

| Date | 10/14 | OR # 4 | Patient |

Surgeon *DR AZHER*

Anesthesiologist *DR. BASTA*

Pre Op Dx

*BPH*

Anesthesia

| | |
|---|---|
| General | ☒ |
| Spinal | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

Post Op Dx

### Procedure

*GREENLIGHT LASER REVISION OF PROSTATE*

Prostate Gland Size:

**Laser Safety Procedures**

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☒ | ☐ |
| Access Doors closed | ☒ | ☐ |
| Wavelength-specific eyewear used | ☒ | ☐ |
| Windows covered w/opaque covering | ☒ | ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | ☒ | ☐ |

Circulating Nurse

*EMMELN*

Scrub Nurse

*M HERNANDEZ CST*
*R STEVENS CST*

Laser Operator

*EMMELN*

Laser Console Serial Number

Fiber Serial Number
10-2400-*102090 - 027#*
10-2400-_____ - _____

Joules Used – per fiber

Range of Power Used   (Minimum) Watts        (Maximum) Watts

Time procedure started *0742*    Time procedure ended

Total lasing time (found on XPS screen) — *00:01:26*   *80 - 40*

Total number of Joules (found on XPS screen) — *5511 J*

Comments

Signature/Title *EMMELN*        Date *10/14/10*



✳Green⠀XPS

```
                          PRE SOC
10/14/10  AZHER,BASHIR
DO            77        M  MRN
Valley View Medical  Ft Mohave, AZ
```

## Laser Log

Date: 10/14/10   OR # Y   Patient

Surgeon   M. AZHER          Anesthesiologist  M. SOTLOFF

Pre Op Dx  BPH I            Anesthesia  General      ☒
OBSTRUCTION                              Spinal       ☐
Post Op Dx                               Pudendal Block ☐
GREENLIGHT LASER                         IV Sedation  ☐

Procedure
GREEN LIGHT LASER
KNISION OF PROSTATE

Prostate Gland Size:                    Laser Safety Procedures
                                        Laser Warning Signs on Access
                                        Doors                        Yes☒ No ☐

Circulating Nurse                       Access Doors closed          Yes☒ No ☐
Emen(a)                                 Wavelength-specific eyewear used Yes☒ No ☐
Scrub Nurse                             Windows covered w/opaque
DKPPON                                  covering                     Yes☒ No ☐
                                        Fire Protection              Yes☒ No ☐
Laser Operator                          (Fire extinguisher and water basin in
Emen(a)                                 room)

Laser Console Serial Number

Fiber Serial Number
10-2400- 10 2090-027 A          Joules Used – per fiber
10-2400-_____

Range of Power Used   (Minimum) Watts              (Maximum) Watts

Time procedure started  0823     Time procedure ended

Total lasing time (found on XPS screen)  0:02:58        80 - 40

Total number of Joules (found on XPS screen)  13,715 J

Comments

Signature/Title Emen(a)_____   Date  10/14/10



**AMS**
*Solutions for Life*

10790 Bren Road West · Minnetonka, MN 55343
Customer Service ph#1-800-328-3881, Fax 1-800-366-9035

FORM NO. 199846

# INVENTORY TRACKING

| CUSTOMER | Account No.: | | Billing P.O.# | |
|---|---|---|---|---|
| Hospital Name/sold to: | | | Ship to: | |

Hospital Name/sold to:
Valley View Medical Cntr
5330 S HWY 95
Ft Mahave AZ 86426

Printed Contact Name:

Contact Phone Number:

Billing P.O.#

Ship to:

Surgery Date: REG SOC
09/16/10 1026 AZHER.BASHIR
DOB 68 K YR#
Valley View Medical Center

Doctor Name:

Patient Name:

## PRODUCTS DELIVERED\ITEMS USED

| PART NUMBER | DESCRIPTION | SERIAL/LOT NO. | QUANTITY | UNIT PRICE |
|---|---|---|---|---|
| 10-2090 | HPS Fiber | 021 | 1 | $1150.00 |
| | Time – 0:11:41 | | | |
| | Energy 65823J | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*I acknowledge receipt of the above items and agree to submit this form to my purchasing department. Acceptance of the delivery obligates named customer to issue a Confirming Purchase Order in accordance with all AMS normal order terms.*

Contact name (please print) _____

Signed by Hospital Representative: _____Energ_____      Date 9/16/10

AMS Representative name (please print) ___ED Paul___

Signed by AMS Representative: ___ESPaul___      Date _____

### CALL AMS CUSTOMER SERVICE WITH PO NUMBER WITHIN 48 HOURS OF DELIVERY

White Copy - Sales Rep        Yellow Copy - AMS/CustService        Pink Copy - Customer

M906 (02/09)        ED's Cell  303-913-3896

000058

✳Green ▓▓ XPS

```
                          REG SDC
09/30/10  AZHER,BASHIR
C08        81       M MR#
Valley View Medical Ft Mohave, AZ
```

## Laser Log

| Date: | OR # | Patient |

**Surgeon** *Azher*

**Pre Op Dx**

**Post Op Dx**

**Procedure** *Greenlight enucleation of prostate*

**Prostate Gland Size:**

**Circulating Nurse** *[signature]*

**Scrub Nurse** *DD*

**Laser Operator**

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400- *10-2026-034H*
10-2400- _____ - _____

**Anesthesiologist** *Satloff*

**Anesthesia**    General    ☐
                 Spinal     ☐
                 Pudendal Block ☐
                 IV Sedation  ☐

**Laser Safety Procedures**

Laser Warning Signs on Access Doors          Yes☐ No☐

Access Doors closed                          Yes☐ No☐

Wavelength-specific eyewear used             Yes☐ No☐

Windows covered w/opaque covering            Yes☐ No☐

Fire Protection                              Yes☐ No☐
*(Fire extinguisher and water basin in room)*

**Joules Used – per fiber** *25*

**Range of Power Used**   **(Minimum) Watts**                **(Maximum) Watts**

**Time procedure started** *1501*   **Time procedure ended** *1509*

**Total lasing time (found on XPS screen)** *8min*

**Total number of Joules (found on XPS screen)**

**Comments**

**Signature/Title** *[signature]*                **Date** *9/30/10*

# Laser Log

Date: 5/23/11      OR # 2      Patient

Surgeon   AZHER

Procedure   CYSTO, GREENLIGHT

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse   G. MORIN

Scrub Nurse   D. DAPPER

Laser Operator   G. MORIN

**Laser Safety Procedures**

Laser Warning Signs on Access Doors            Yes ☑ No ☐

Access Doors closed                            Yes ☑ No ☐

Wavelength-specific eyewear used               Yes ☑ No ☐
Windows covered w/opaque covering              Yes ☑ No ☐

Fire Protection                                Yes ☑ No ☐
(Fire extinguisher and water basin in room)

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Fiber Serial Number**

☑ XPS Green Light: XPS50060
**Joules Used – per fiber**   T FIBER
GREENLIGHT HPS BPH
FIBER OPTIC
LOT 10-2010-039H
REF: 10 2090

Range of Power Used:        (Minimum) Watts: 80      (Maximum) Watts:

Time procedure started: 1036      Time procedure ended: 1037

Total lasing time (found on screen)   1 02

Total number of Joules (found on screen):

Comments   ✓ VAPOR: 80 W      COKE: 40 W.

Signature/Title _Cindy N_      Date _5/23/11_

Valley View Medical Center

DOB: ███   AGE: 72   HSV: SOP
ADMIT: 05/23/11   RM/BED: /   SEX: M
ATT: AZHER BASHIR
MR #:        PAT #: ███   #: 206

DOB: ▓▓▓▓▓     AGE: 69     HSV: SOP
ADMIT: 05/05/11   RM/BED:        SEX: M
ATT: AZHER BASHIR              /
PT #:                 MR #: 206

**Laser Log**

5 Nov 42011

| Date: | OR # 4 | Patient |

Surgeon   Azher

Procedure

**Laser Safety Procedures**

Laser self test: ☐ Pass   ☐ Fail

Circulating Nurse   P Brown

Scrub Nurse   D Fenner SF

Laser Operator   P Brown

| Laser Warning Signs on Access Doors | Yes ☐ No ☐ |
| Access Doors closed | Yes ☐ No ☐ |
| Wavelength-specific eyewear used | Yes ☐ No ☐ |
| Windows covered w/opaque covering | Yes ☐ No ☐ |
| Fire Protection | Yes ☐ No ☐ |
| *(Fire extinguisher and water basin in room)* | |

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Fiber Serial Number**

☐ XPS Green Light: XPS50060
**Joules Used – per fiber**

Green Light
10/2040-0024

Range of Power Used:   80 (Minimum) Watts:        (Maximum) Watts:

Time procedure started:   0912     Time procedure ended:   0918

Total lasing time (found on screen)   4:20

Total number of Joules (found on screen):   2,278 J   2,278 J

Comments

Signature/Title_____ P Brown R _____ Date   5 Nov 2011

Valley View Medical Center

000061

# Laser Log

Date: 4/7/11    OR #    Patient

Surgeon _Azhee_

Procedure _61 EEP_

Laser self test: ☐ Pass    ☐ Fail

Circulating Nurse _(signature)_

Scrub Nurse _D F_

Laser Operator _(signature)_

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Fiber Serial Number**

### Laser Safety Procedures

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes☐ No ☐ |
| Access Doors closed | Yes☐ No ☐ |
| Wavelength-specific eyewear used | Yes☐ No ☐ |
| Windows covered w/opaque covering | Yes☐ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes☐ No ☐ |

☒XPS Green Light: XPS50060
**Joules Used – per fiber**

**Range of Power Used:**    (Minimum)  Watts:    (Maximum) Watts:

**Time procedure started:**    Time procedure ended:

**Total lasing time (found on screen)** _4:06_

**Total number of Joules (found on screen):** _19,346_

**Comments**

Signature/Title _(signature)_    Date _4/7/11_

Valley View Medical Center

HSV: SOP
DOB: ██    AGE: 56   SEX: M
ADMIT: 04/07/11   RM/BED:   /
ATT: AZHER BASHIR   #: 206
MR #: ██    PAT #: ██

000062

✳Green ⬡ XPS

AQM IN    H.145-1
01/11/11  HENDRIX, RICHARD
DOB        76      M  MRF
Valley View Medical  Ft. Mohave, AZ

## Laser Log

| Date: | 1/24/11 | | Patient |
|---|---|---|---|

**Surgeon**

**Pre Op Dx**  Azher

**Post Op Dx**

**Procedure**

**Prostate Gland Size:**

**Circulating Nurse**  FarD

**Scrub Nurse**  Gibson

**Laser Operator**  ∅

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400-  0010-2090
10-2400-

**Anesthesiologist**  Baitz

**Anesthesia**

| | | |
|---|---|---|
| General | ☒ |
| Spinal | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☐ | No ☐ |
| Access Doors closed | Yes ☐ | No ☐ |
| Wavelength-specific eyewear used | Yes ☐ | No ☐ |
| Windows covered w/opaque covering | Yes ☐ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ | No ☐ |

**Joules Used – per fiber**

**Range of Power Used**   (Minimum) Watts                    (Maximum) Watts

**Time procedure started**  1718        **Time procedure ended**  1722

**Total lasing time** (found on XPS screen)  3.44

**Total number of Joules** (found on XPS screen)  17.6 J

**Comments**

**Signature/Title**  _____        **Date**  1/24/11

000063

```
                                                                    HSV: SOP
                                              DOB:          AGE: 89  SEX: M
                                              ADMIT: 03/03/11  RM/BED:    /
                                              ATT: AZHER BASHIR         #: 296
                                              PT #:         MR #:
```

## Laser Log

**Date:** 3/3/11    **OR #** 4    **Patient** ███████████████

**Surgeon** DR Azher

**Procedure** cysto, greenlight laser areation prostate, B1 Bx

**Laser Safety Procedures**

| | | |
|---|---|---|
| **Laser self test:** ☒ Pass  ☐ Fail | Laser Warning Signs on Access Doors | Yes ☒ No ☐ |
| **Circulating Nurse** T. Abeekn | Access Doors closed | Yes ☒ No ☐ |
| **Scrub Nurse** M. Hernandez ST | Wavelength-specific eyewear used | Yes ☒ No ☐ |
| | Windows covered w/opaque covering | Yes ☒ No ☐ |
| **Laser Operator** T. Abeekn | Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☒ No ☐ |

Dr Holley - general (LMA)

**Laser Console Serial Number**

☐ Holmium: 002-49025        ☒ XPS Green Light: XPS50060

**Fiber Serial Number**                **Joules Used – per fiber**

ly # 10-2090                          11,674 j

Lot # 10-2090-043H

exp  10/2012

**Range of Power Used:**        **(Minimum) Watts** 20    **(Maximum) Watts** 80

**Time procedure started:** 1130    **Time procedure ended:** 1143

**Total lasing time (found on screen)** 2:38 minutes

**Total number of Joules (found on screen):** 11,674 j

**Comments**

**Signature/Title** _Nacy Ceveekn_        **Date** 3/3/2011

Valley View Medical Center

000064

**Laser Log** ████████

| Date: 3-19-11 | OR # 2 | Patient |

Surgeon  DR. Azhar

Procedure

**Laser Safety Procedures**

| | | |
|---|---|---|
| **Laser self test:** ☑ Pass  ☐ Fail | Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| **Circulating Nurse** | Access Doors closed | Yes ☑ No ☐ |
| **Scrub Nurse**  R/S | Wavelength-specific eyewear used | Yes ☐ No ☐ |
| | Windows covered w/opaque covering | Yes ☑ No ☐ |
| **Laser Operator**  JL | Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

**Laser Console Serial Number**

☐ Holmium: 002-49025          ☐ **XPS Green Light:** XPS50060

**Fiber Serial Number**               **Joules Used – per fiber**

**Range of Power Used:**          (Minimum) Watts:          (Maximum) Watts:

Time procedure started:  1                Time procedure ended:

Total lasing time (found on screen)  1:38

Total number of Joules (found on screen):  76116

**Comments**

Signature/Title  Jlouza R          Date  3/11/11

Valley View Medical Center

000065

✳Green  XPS

ADM IN    K.132-1
12/13/10    AZHER, BASHIR
DOB:           85       M  MR#
Valley View Medical   Ft. Mohave, AZ

**Laser Log**

Date: 12/14/10   OR # 2   **Patient**

Surgeon  *Azher  Azher*          **Anesthesiologist** *Dr Serbinc*

Pre Op Dx          **Anesthesia**   General        ☑
*Obstruction prostate*
                                   Spinal:        ☐
Post Op Dx
*Same*                             Pudendal Block ☐
Procedure *Cysto*                  IV Sedation    ☐
*6 laser turp*

Prostate Gland Size:              **Laser Safety Procedures**
                                  Laser Warning Signs on Access   Yes ☑ No ☐
                                  Doors

Circulating Nurse *P Brown RN*    Access Doors closed             Yes ☑ No ☐

                                  Wavelength-specific eyewear used Yes ☑ No ☐
Scrub Nurse *W Hernandez ST*      Windows covered w/opaque        Yes ☑ No ☐
                                  covering

                                  Fire Protection                 Yes ☑ No ☐
Laser Operator *P Brown RN*       (Fire extinguisher and water basin in
                                  room)

Laser Console Serial Number *400902783*

Fiber Serial Number                    Joules Used – per fiber        *32634*
10-2400-  *102 090 036H*
10-2400-

Range of Power Used   (Minimum) Watts *2*        (Maximum) Watts  *100*
Time procedure started *1420*      Time procedure ended *1436*
Total lasing time (found on XPS screen)  *5:54*
Total number of Joules (found on XPS screen) *32634*
Comments

Signature/Title *P Brown RN*          Date        *12/14/10*

000066

ORIGINAL

## Laser Log

Date: 6/2/2011   OR # 4   Patient █████████

Surgeon   Dr. Azher

Procedure   cysto, greenlight TURP

**Laser self test:** ☒ Pass   ☐ Fail

**Circulating Nurse**   T.Abeek N

**Scrub Nurse**   K. Pfeiffer, ST

**Laser Operator**   TAbee RN

### Laser Safety Procedures

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☒ | ☐ |
| Access Doors closed | ☒ | ☐ |
| Wavelength-specific eyewear used | ☒ | ☐ |
| Windows covered w/opaque covering | ☒ | ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | ☒ | ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

**Fiber Serial Number**   10-2400-116A

☒ XPS Green Light: XPS50060

**Joules Used – per fiber**

vapor 80 / 100    coag 40

**Range of Power Used:**   (Minimum) Watts:   (Maximum) Watts:

**Time procedure started:** 1230   **Time procedure ended:** 1244

**Total lasing time (found on screen)**   5:42 minutes

**Total number of Joules (found on screen):**   29,597 joules

**Comments**

Signature/Title  Tracy Abee RN   Date 6/2/2011

Valley View Medical Center

HSV: SOP
DOB:   AGE: 64   SEX: M
ADMIT: 06/02/11   RM/BED: /
ATT: AZHER BASHIR   #: 206
MR #:   PAT #:

000067

# VVMC Laser Log

**Date:** 4 Aug 11    **OR #** 4    **Patient**

**Surgeon** Azhea

**Procedure** Geller

| | |
|---|---|
| **Laser self test:** ☐ Pass    ☐ Fail | **Laser Safety Procedures** |
| **Circulating Nurse** Brown RN | **Laser Warning Signs on Access Doors**    Yes ☑ No ☐ |
| | **Access Doors closed**    Yes ☐ No ☐ |
| **Scrub Nurse** Ferman ST | **Wavelength-specific eyewear used**    Yes ☑ No ☐ |
| | **Windows covered w/opaque covering**    Yes ☐ No ☐ |
| **Laser Operator** Brown | **Fire Protection**    Yes ☑ No ☐ *(Fire extinguisher and water basin in room)* |

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

☑ **XPS Green Light:** XPS50060
**Total Joules Used – per fiber:** 28.081

**Energy Joules Max:**

**Coag Watts Max:** 46

**Rate Pulses Max:**

**Vapor Watts Max:** 80

**Time procedure started:** 1502    **Time procedure ended:** 1512

**Total lasing time (found on screen):** 5:56

**Comments**

**Signature/Title** Brown RN    **Date** 4 Aug 2011

**Patient Label**

DOB:
ADMIT: 08/04/11    AGE: 65    HSV: SOP
ATT: AZHER, BASHIR    RM/BED:    SEX: M
MR #:    PAT #: 206

# Laser Log

HSV: SOP
DOB:                                    AGE: 84    SEX: M
ADMIT: 03/28/11            RM/BED:
ATT: AZHER BASHIR                      #: 206
MR #:                          PAT #:

Date: 3/28/11   OR #          Patient

Surgeon  Ashton

Procedure  Laser of Prostate

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse

Scrub Nurse

Laser Operator

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☐ | No ☐ |
| Wavelength-specific eyewear used Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ | No ☐ |

Laser Console Serial Number
☐ Holmium: 002-49025          ☑ XPS Green Light: XPS50060

Fiber Serial Number          Joules Used – per fiber   One

Range of Power Used:   80  (Minimum) Watts:   20   (Maximum) Watts:

Time procedure started:            Time procedure ended:

Total lasing time (found on screen) 5.19

Total number of Joules (found on screen): 25,244

Comments

Signature/Title                          Date 3/28/11

Valley View Medical Center

000069

# VVMC Laser Log

Date: _March 12_      OR # _4_      Patient

Surgeon _Arkin_

Procedure _GllcP_

**Laser Safety Procedures**

Laser self test: ☐ Pass      ☐ Fail

Laser Warning Signs on Access Doors          Yes☐ No ☐

Circulating Nurse _mom_          Access Doors closed          Yes☐ No ☐

Scrub Nurse _Gibson_          Wavelength-specific eyewear used          Yes☐ No ☐

Windows covered w/opaque covering          Yes☐ No ☐

Laser Operator _mom_          Fire Protection
*(Fire extinguisher and water basin in room)*          Yes☐ No ☐

**Laser Console Serial Number**

☐ Holmium: 002-49025          ☒ XPS Green Light: XPS50060

Total Joules Used (HZ):          Total Joules Used – per fiber: _26,135_

Energy Joules Max:          Coag Watts Max: _40_

Rate Pulses Max:          Vapor Watts Max: _80_

Time procedure started: _0454_          Time procedure ended: _1011_

Total lasing time (found on screen): _6:05_

Comments

Signature/Title _____ Date _March 12_
_niuhlo signature_

Patient L:

DOB:                          AGE: 74     HSV: SOP
ADMIT: 03/01/12          RM/BED:     SEX: M
ATT: AZHER BASHIR                  #: 206
PT #:                          MR #:

000070

# VVMC Laser Log

Date: *9 Feb 12*        OR # *2*        Patient

Surgeon *Arthur*

Procedure *GLLP*

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☐ | No ☑ |

Laser self test: ☐ Pass   ☐ Fail

Circulating Nurse *Brown   Counter*

Scrub Nurse *Counter   Brown RN*

Laser Operator *Brown*

**Laser Console Serial Number**

☐ Holmium: 002-49025

☐ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: *5,962.5*

Energy Joules Max:

Coag Watts Max: *40*

Rate Pulses Max:

Vapor Watts Max: *80 – 160*

Time procedure started: *1931*        Time procedure ended: *1939*

Total lasing time (found on screen): *5:17*

Comments

Signature/Title _*R Brown RN*_        Date _*9 Feb 12*_

Patient Label

DOB:
ADMIT: 02/07/12
ATT: AZHER BASHIR
MR #:

HSV: MIP
AGE: 89    SEX: M
RM/BED: 142 /A
#: 206
PAT #:

000071

# VVMC Laser Log

Date: *9 Feb 12*      OR # *4*      Patient

Surgeon *Arham*

Procedure *Gllcp*

### Laser Safety Procedures

Laser self test: ☐ Pass   ☐ Fail

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

Circulating Nurse *Brown*

Scrub Nurse *K Mins*

Laser Operator *Brown*

### Laser Console Serial Number

☐ Holmium: 002-49025

☐ XPS Green Light XPS50060

Total Joules Used (HZ):       Total Joules Used – per fiber: *87,982*

Energy Joules Max:           Coag Watts Max: *40*

Rate Pulses Max:             Vapor Watts Max: *80 – 160*

Time procedure started: *1037*      Time procedure ended: *1052*

DOB: ███    AGE: 66   SEX: M   HSV: SOP
ADMIT: 02/09/12   RM/BED: /
ATT: AZHER BASHIR   #: 206
PT #:   MR #: ███

Total lasing time (found on screen): *5:57*

Comments

Signature/Title *Brown RN*      Date *9 Feb 12*

Patient Label

# VVMC Laser Log

| Date: *10 xxx11* | OR # *4* | Patient |
| Surgeon *Arken* | | |
| Procedure *Collep* | | |

**Laser Safety Procedures**

Laser self test: ☐ Pass   ☐ Fail

*Brown RN*

Circulating Nurse

Scrub Nurse *Bron Caater RN*

Laser Operator *Brown RN*

| Laser Warning Signs on Access Doors | Yes ☐ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used Windows covered w/opaque covering | Yes ☐ No ☐ Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

**Total Joules Used (HZ):**

Total Joules Used – per fiber: *25,636*

**Energy Joules Max:**

Coag Watts Max: *40*

**Rate Pulses Max:**

Vapor Watts Max: *80*

**Time procedure started:** *1225*

**Time procedure ended:** *1232*

**Total lasing time (found on screen):** *5:26*

**Comments**    *+ fiber cuse*

Signature/Title _____ *P Brown RN* _____   Date *10 Nov 11*

Patient Label

DOB: ▮▮▮   AGE: 70   HSV: SOP
ADMIT: 11/10/11   RM/BED: /   SEX: M
ATT: AZHER BASHIR   #: 206
PT #: ▮▮▮   MR #: ▮▮▮

❄Greenlight XPS

## Laser Log

| Date: 11/29/10 | OR # 4 | Patient |

11/29/10   REG SDC
AZHER,BASHIR
DOB          59    M HR#
Valley View Medical  Ft. Mohave, AZ

Surgeon Azher

Pre Op Dx

Severe trilobar prostate obstruction

Post Op Dx

Same

Procedure Greenlight Laser enucleation of prostate, cystoscopy

Prostate Gland Size:

Anesthesiologist

**Anesthesia**

| | |
|---|---|
| General | ☒ |
| Spinal: | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ | No ☐ |
| Access Doors closed | Yes ☒ | No ☐ |
| Wavelength-specific eyewear used | Yes ☒ | No ☐ |
| Windows covered w/opaque covering | Yes ☒ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☒ | No ☐ |

Circulating Nurse Keith Ford / Adams

Scrub Nurse Ken Pfeiffer ST

Laser Operator

Laser Console Serial Number

Fiber Serial Number
10-2400-          -
10-2400-          -
10-2090- 029 H   Exp 07/2012

Joules Used – per fiber

Range of Power Used   (Minimum) Watts  80   (Maximum) Watts

Time procedure started 0036   Time procedure ended
Laser at 0042

Total lasing time (found on XPS screen)   34 605 J
07:25

Total number of Joules (found on XPS screen)

Comments

Signature/Title _____   Date 11/29/10

000074



☀Green XPS

PRE SDC
12/09/10  ATHER,BASHIR
OOU       73      M  HRF
Valley View Medical  Ft. Mohave, AZ

## Laser Log

| Date: 12/9/10 OR # 4 | Patient | |
|---|---|---|

Surgeon _Ather_

Anesthesiologist ___

Pre Op Dx

Anesthesia

Post Op Dx _Prostate obstructive outlet_

| | | |
|---|---|---|
| General | ☒ |
| Spinal | ☐ |
| Pudendal Block | ☐ |
| IV Sedation | ☐ |

Procedure _cysto laser temp_

Prostate Gland Size: ___

**Laser Safety Procedures**

Laser Warning Signs on Access Doors — Yes ☒ No ☐

Circulating Nurse _Phroom_

Access Doors closed — Yes ☒ No ☐

Wavelength-specific eyewear used — Yes ☒ No ☐

Scrub Nurse _S Johnson Student_
_H Gupta gt_

Windows covered w/opaque covering — Yes ☒ No ☐

Fire Protection — Yes ☒ No ☐
(Fire extinguisher and water basin in room)

Laser Operator _H Gupta_

Laser Console Serial Number ___

Fiber Serial Number
10-2400- ___
10-2400- ___

Joules Used – per fiber _14.460_

Range of Power Used  (Minimum) Watts _40-80_  (Maximum) Watts

Time procedure started _0854_   Time procedure ended _0922_

Total lasing time (found on XPS screen) _GH4_

Total number of Joules (found on XPS screen) _14.460_

Comments

Signature/Title _Phroom T_   Date _its 12/9/10_

000075

✳Green XPS

12/13/10    SCH SDC
D08    ATHER, BASHIR
    66    H  Hkf
Valley View Medical  Ft  Mohave  AZ

**Laser Log**

| Date: | OR # | Patient |
| --- | --- | --- |

Surgeon  _Azker_

Pre Op Dx

Anesthesiologist  _Holley_

Anesthesia    General  ☑

Spinal:  ☐

Post Op Dx

Pudendal Block  ☐

IV Sedation  ☐

Procedure

Prostate Gland Size:

**Laser Safety Procedures**
Laser Warning Signs on Access
Doors                                    Yes☑ No ☐

Circulating Nurse  _Ford_

Access Doors closed              Yes☑ No ☐

Scrub Nurse  _Gantz_

Wavelength-specific eyewear used  Yes☑ No ☐
Windows covered w/opaque
covering                              Yes☑ No ☐

Laser Operator  _Ford_

Fire Protection                       Yes☑ No ☐
(Fire extinguisher and water basin in
room)

Laser Console Serial Number

Fiber Serial Number
10-2400- _10-2090 - 0364_          Joules Used – per fiber
10-2400- _____

Range of Power Used    (Minimum) Watts                (Maximum) Watts

Time procedure started  _1230_        Time procedure ended  _1240_

Total lasing time (found on XPS screen)  _5:37_

Total number of Joules (found on XPS screen)  _26,266J_

Comments

Signature/Title  _____        Date  _12·13·10_

000076

# VVMC Laser Log

Date: _12-29-11_   OR # _2_   Patient

Surgeon _D. Azhar MD._

Procedure _green light laser Turer - Cystoscopy_

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse _Dula RN_

Scrub Nurse _D. Oggy_

Laser Operator _Khula RN_

### Laser Safety Procedures

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☑ | ☐ |
| Access Doors closed | ☑ | ☐ |
| Wavelength-specific eyewear used | ☑ | ☐ |
| Windows covered w/opaque covering | ☑ | ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | ☑ | ☐ |

Laser Console Serial Number

☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☑ XPS Green Light: XPS50060

Total Joules Used – per fiber: _27, 499_

Coag Watts Max: _40-_

Vapor Watts Max: _80-_

Time procedure started: _1131_   Time procedure ended: _1147_

Total lasing time (found on screen): _5:48_

Comments _D. Haly choosing not to wear the Safety glass._

Signature/Title _Deslee RN_   Date _12-29-2011_

Patient Label

```
DOB:                 AGE:  69    HSV: SC
ADMIT: 12/29/11      RM/BED:     SEX: 1
ATT: AZHER BASHIR           #: 206
PT #:                 MR #:
```

000077

# VVMC Laser Log

Date: *2 Junell*   OR # *4*   Patient

Surgeon *Azher*

Procedure *TUP*

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse *Brown M*

Scrub Nurse *Femmer St*

Laser Operator *Brown M*

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used Windows covered w/opaque covering | Yes ☑ | No ☐ |
| | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
Total Joules Used (HZ):

☑ XPS Green Light: XPS50060
Total Joules Used – per fiber: *28,554*

Energy Joules Max:

Coag Watts Max: *40*

Rate Pulses Max:

Vapor Watts Max: *80*

Time procedure started: *1444*

Time procedure ended: *1454*

Total lasing time (found on screen): *6 mins 15sec*

Comments

Signature/Title *P Brown M*   Date *2 Junell*

Patient Label

DOB:
ADMIT: 06/21/11
ATT: AZHER BASHIR
MR #:

HSV: MIP
AGE: 81   SEX: M
RM/BED: 157  /A
#: 206
PAT #:

000078



Greenlight XPS

01/24/11  0616  REG SDC  AZHER,BASHIR
008-         55    M   MR#
Valley View Medical Center

*copy in chart*

**Laser Log**

| Date: 1/24/11 | OR # | Patient |

**Surgeon** Azher

**Pre Op Dx** Obstructive prostate

**Post Op Dx**

**Procedure** GLEEP

**Prostate Gland Size:**

**Circulating Nurse** JLoudy

**Scrub Nurse** DTennern

**Laser Operator** JL

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400- 10-2009 -0149230 0021
10-2400-

**Anesthesiologist** Serbine

**Anesthesia**
General ☑
Spinal: ☐
Pudendal Block ☐
IV Sedation ☐

**Laser Safety Procedures**
Laser Warning Signs on Access Doors         Yes ☑ No ☐
Access Doors closed                          Yes ☑ No ☐
Wavelength-specific eyewear used             Yes ☑ No ☐
Windows covered w/opaque covering            Yes ☑ No ☐
Fire Protection
*(Fire extinguisher and water basin in room)*   Yes ☑ No ☐

**Joules Used – per fiber**
80 - 20

**Range of Power Used**    (Minimum) Watts              (Maximum) Watts -46, 37 J

**Time procedure started**          **Time procedure ended**

**Total lasing time (found on XPS screen)** 9:49

**Total number of Joules (found on XPS screen)**

**Comments**

**Signature/Title** JLoudyfr          **Date** 1/24

# Laser Log

DOB:                        E:   76   SEX: M
ADMIT: 03/17/11   RM/BED:        /
ATT: AZHER BASHIR          #: 206
MR #:                      PAT #:

HSV: SOP

| Date: 3/17 | OR # | Patient |

Surgeon   Azher

Procedure
GLEEP

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse
JL

Scrub Nurse
MH

Laser Operator
JL

Laser Console Serial Number
☐ Holmium: 002-49025          ☑ XPS Green Light: XPS50060

Fiber Serial Number          Joules Used – per fiber

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ No ☐ |

Range of Power Used: 80/   (Minimum) Watts: 20   (Maximum) Watts:

Time procedure started: 1042   Time procedure ended:

Total lasing time (found on screen)   0.25/

Total number of Joules (found on screen): 43,344

Comments

Signature/Title _____   Date 3/17

Valley View Medical Center

000080

24 March 2011

# Laser Log

| | |
|---|---|
| DOB: | AGE: 72 | SEX: M |
| ADMIT: 03/24/11 | RM/BED: / |
| ATT: AZHER BASHIR | #: 206 |
| PT #: | MR #: |

HSV: SOP

**Date:** 24 March 2011      OR # 4      **Patient**

**Surgeon** Azher

**Procedure** Cysto

## Laser Safety Procedures

**Laser self test:** ☒ Pass      ☐ Fail

**Circulating Nurse** PJ Mounty

**Scrub Nurse** M Hernandez

**Laser Operator** EB

Laser Warning Signs on Access Doors      Yes ☐ No ☐

Access Doors closed      Yes ☐ No ☐

Wavelength-specific eyewear used      Yes ☒ No ☐

Windows covered w/opaque covering      Yes ☐ No ☐

Fire Protection
*(Fire extinguisher and water basin in room)*      Yes ☒ No ☐

**Laser Console Serial Number**
☐ Holmium: 002-49025
☒ XPS Green Light: XPS60060

**Fiber Serial Number**
**Joules Used – per fiber** 10-2090
03374

**Range of Power Used:**      (Minimum) Watts 20      (Maximum) Watts 80

**Time procedure started:** 1115      **Time procedure ended:** 1124

**Total lasing time (found on screen)** 6:21

**Total number of Joules (found on screen):** 24 968

**Comments**

PJ Moun TN

**Signature/Title** _____      **Date** 24 March 2011

**Valley View Medical Center**

000081

# VVMC Laser Log

| Date: 8/8/11   OR # 4   Patient

```
                                        HSV: SOP
                        DOB:        AGE: 73   SEX: M
                        ADMIT: 08/08/11   RM/BED:  /
                        ATT: AZHER BASHIR       #: 206
                        MR #:            PAT #:
```

**Surgeon** Azher

**Procedure** UPd greenlight TURP

**Laser self test:** ☑Pass   ☐ Fail

**Circulating Nurse** FORD

**Scrub Nurse** Tech Gibsons

**Laser Operator**

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

☑ **XPS Green Light:** XPS50060
**Total Joules Used – per fiber:** 32453

**Energy Joules Max:**

**Coag Watts Max:** 40

**Rate Pulses Max:**

**Vapor Watts Max:** 80

**Time procedure started:** XX

**Time procedure ended:** 16:13

**Total lasing time (found on screen):** 6:54

**Comments**

**Signature/Title** U—wQ    **Date** 8-8-11

**Patient Label**

000082

## VVMC Laser Log

Date: 7·18·11   OR # 2   Patient

DOB:
ADMIT: 07/18/11
ATT: AZHER BASHIR
MR #:

AGE: 68
RM/BED:

PAT #:

HSV: SOP
SEX: M

# 206

Surgeon   Azher

Procedure   greenlight TURP

Laser self test: ☒ Pass   ☐ Fail

Circulating Nurse   Ford

Scrub Nurse   Gibson

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes ☐ No ☐ |
| Access Doors closed | Yes ☐ No ☐ |
| Wavelength-specific eyewear used | Yes ☐ No ☐ |
| Windows covered w/opaque covering | Yes ☐ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☐ No ☐ |

**Laser Operator**

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

☒ XPS Green Light: XPS50060
**Total Joules Used – per fiber:** 45,883

**Energy Joules Max:**

**Coag Watts Max:** 40

**Rate Pulses Max:**

**Vapor Watts Max:** 120

**Time procedure started:**

**Time procedure ended:** 1656

**Total lasing time (found on screen):** 7:09

**Comments**

Signature/Title _____   Date _____

Patient Label

000083

# VVMC Laser Log

| Date: 2/27/12    OR # 4    Patient |

Surgeon  Dr Azher

Procedure  Cysto Transurethral laser ablation of prostate

**Laser self test:** ☑ Pass    ☐ Fail

Circulating Nurse  A DeLuna

Scrub Nurse  ORT  Helena Ganta    ORT

Laser Operator  H. Ganta    ORT

### Laser Safety Procedures

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

### Laser Console Serial Number

☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☑ XPS Green Light: XPS50060    58173 J

Total Joules Used – per fiber:

Coag Watts Max:  31

Vapor Watts Max:  140

Time procedure started:  1142    Time procedure ended:  1151

Total lasing time (found on screen):  7:20

Comments  14 hrs green light protective goggles on both eye

Signature/Title  A DeLuna    Date  2/27/12

Patient Label  Green light fiber Optic

Lot 10.2400-HOR  exp 2013-w

DOB:
ADMIT: 02/27/12
ATT: AZHER BASHIR
PT #:
HSV: SOP
AGE: 78    SEX: M
RM/BED:
RM. 206
MR #:

000084

# VVMC Laser Log

Date: _27 Feb 12_   OR # _2_   Patient

Surgeon _Azher_

Procedure _Cellep_

**Laser self test:** ☐ Pass   ☐ Fail

Circulating Nurse _Brown_

Scrub Nurse _Counter Cyt_

Laser Operator _Brown M_

**Laser Safety Procedures**

| | Yes | No |
|---|---|---|
| Laser Warning Signs on Access Doors | ☐ | ☐ |
| Access Doors closed | ☑ | ☐ |
| Wavelength-specific eyewear used | ☑ | ☐ |
| Windows covered w/opaque covering | ☑ | ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | ☑ | ☐ |

## Laser Console Serial Number

☐ Holmium: 002-49025

☑ XPS-Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: _① fiber 60,345 J._

Energy Joules Max:

Coag Watts Max: _40_

Rate Pulses Max:

Vapor Watts Max: _140_

Time procedure started: _1014_

Time procedure ended: _1024_

Total lasing time (found on screen): _0:34_

Comments

```
                                           HSV: SOP
                                  AGE: 79  SEX: M
                         RM/BED:          #: 206
            DOB:
            ADMIT: 02/27/12
            ATT: AZHER BASHIR    PAT #:
            MR #:
```

Signature/Title _R Brown M_   Date _27 Feb 12_

Patient Label

000085

## VVMC Laser Log

|Date: 7/23/12   OR # 4   Patient   ████ D.O.G ████

Surgeon   Dr Agha

Procedure   Cysto, Coagulate bleeder. Laser ablate prostate Green Light

**Laser self test:** ☐ Pass   ☐ Fail

Circulating Nurse   L.D Elia (RN)

Scrub Nurse   Ileg   Helen Gmta CN

Laser Operator   H. Gmta CN

### Laser Safety Procedures

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☐ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

### Laser Console Serial Number
☐ Holmium: 002-49025

☐ XPS Green Light: XPS50060

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:**   39 976

**Energy Joules Max:**

**Coag Watts Max:**   40

**Rate Pulses Max:**

**Vapor Watts Max:**   80

**Time procedure started:**   947   **Time procedure ended:**   1003

**Total lasing time (found on screen):**   729

**Comments**   Pt has green eye Protective glasses on.
'green light fiber optic' Lot # 10 - WOO-143A
Hp 2013-11

**Signature/Title** _____ (RN)   **Date** _7/23/12_

**Patient Label**   HMS is down no sticker available.

000086

## VVMC Laser Log

| Date: | OR # | Patient |
|---|---|---|

Surgeon    Dr Azhr

Procedure    Cysto TURB turn    laser ablati prostat

### Laser Safety Procedures

Laser self test: ☐ Pass    ☐ Fail

**Laser Warning Signs on Access Doors**    Yes ☑ No ☐

Circulating Nurse    KD Elcut

**Access Doors closed**    Yes ☑ No ☐

Scrub Nurse    R. Stewed cst
D. Far    cct rely

**Wavelength-specific eyewear used**    Yes ☑ No ☐
**Windows covered w/opaque covering**    Yes ☐ No ☐

Laser Operator    Randy Stewed cst
relup Dawn F @ 140

**Fire Protection**    Yes ☐ No ☐
*(Fire extinguisher and water basin in room)*

### Laser Console Serial Number

☐ Holmium: 002-49025

☐ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: (0, 2 m J.

Energy Joules Max:

Coag Watts Max:    40

Rate Pulses Max:

Vapor Watts Max:    80-120-140

Time procedure started:  1250    Time procedure ended:  1300

Total lasing time (found on screen):  7:03

Comments    Pt Has Greenlight goggles on
Cysto by Dr Holly.

Signature/Title _____    Date  2/6/12

Patient Label

DOB:              AGE: 81    HSV: 9OP
ADMIT: 02/06/12   RM/BED:    SEX: M
ATT: AZHER BASHIR          #: 206
MR #:              PAT #:

## VVMC Laser Log

| Date: 10/20/11     OR # 2     Patient

Surgeon   *Azher*

Procedure   *Cysto, TURP, Greenlight*

Laser self test: ☒ Pass   ☐ Fail

Circulating Nurse   *M. Morganti*

Scrub Nurse   *S. Donaldson*
*D. Ferreira*

Laser Operator   *MM / DF*

Laser Console Serial Number
☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ | No ☐ |
| Access Doors closed | Yes ☒ | No ☐ |
| Wavelength-specific eyewear used | Yes ☒ | No ☐ |
| Windows covered w/opaque covering | Yes ☒ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☒ | No ☐ |

*Fiber 102400-133A Exp 8/13*

☒ XPS Green Light: XPS50060
Total Joules Used – per fiber: *38,963*

Coag Watts Max: *40*

Vapor Watts Max: *80*

Time procedure started: *1444*   Time procedure ended: *1451*

Total lasing time (found on screen): *7.07*   (*7 minutes · 07 sec*)

Comments

Signature/Title   *M Morganti RN*   Date *10/20/11*

Patient Label

DOB: ██   AGE: 63   HSV: SOP
ADMIT: 10/20/11   RM/BED:   SEX: M /
ATT: AZHER BASHIR   #: 206
PT #:   MR #: ██

000088

**VVMC Laser Log**

Date: 10/31/2011   OR # 2   Patient

Surgeon  *Azher*
Procedure  *Cysto, TuRP, Greenlight*

**Laser Safety Procedures**

Laser self test: ☑ Pass   ☐ Fail

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☐ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☐ No ☐ |

Circulating Nurse  *M. Morgan RN*

Scrub Nurse  *H. Ganta CST*

Laser Operator  *HG/MM*

*fiber @ 10-2400-135A*   Exp. 8/13

**Laser Console Serial Number**
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: 55,312

Energy Joules Max:

Coag Watts Max: ~~80~~ 40

Rate Pulses Max:

Vapor Watts Max: 80/100/

Time procedure started: 0937   Time procedure ended: 0947

Total lasing time (found on screen): 7.20

**Comments**

Signature/Title *M. Morgan RN*   Date 10/31/11

Patient Label

HSV: SOP
DOB:   AGE: 82   SEX: M
ADMIT: 10/31/11   RM/BED: /
ATT: AZHER BASHIR   # 206
MR #:   PAT #:

000089

## VVMC Laser Log

Date: 11/3        OR #        Patient

Surgeon *Azher*

Procedure *Greenlight, TuRP, Cysto*

Laser self test: ☒ Pass    ☐ Fail

Circulating Nurse *M. Morgan*

Scrub Nurse *K. Pfeiffer*

*MM/KP*

Laser Operator

**Laser Safety Procedures**

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☒ | No ☐ |
| Access Doors closed | Yes ☒ | No ☐ |
| Wavelength-specific eyewear used | Yes ☒ | No ☐ |
| Windows covered w/opaque covering | Yes ☒ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☒ | No ☐ |

*fiber 10-2400-135A Exp 8/13*

**Laser Console Serial Number**
☐ Holmium: 002-49025

☒ XPS Green Light: XPS50060

Total Joules Used (HZ):

Total Joules Used – per fiber: *43,339*

Energy Joules Max:

Coag Watts Max: *40*

Rate Pulses Max:

Vapor Watts Max: *80/100/120*

Time procedure started: *0845*     Time procedure ended: *0854*

Total lasing time (found on screen): *7:05*

Comments

Signature/Title *M. Morgan RN*        Date *11/3/11*

Patient Label

DOB: ▮▮▮   AGE: 84   HSV: MIP
ADMIT: 10/31/11        SEX: M
ATT: ZEGARRA GUILLERMO   RM/BED: 142 /A
MR #: ▮▮▮        #: 316
                PAT #: ▮▮▮

000090

Green XPS

**Laser Log**

| Date: 11/5/10 OR # 4 Patient | | Anesthesiologist |

**Surgeon**

**Pre Op Dx**  Obstructive Prostate
Enlargement

**Post Op Dx**  Gleason # 6
score

**Anesthesia**

| Anesthesia | General | ☑ |
| | Spinal: | ☐ |
| | Pudendal Block | ☐ |
| | IV Sedation | ☐ |

**Procedure**  GLLE P

**Prostate Gland Size:**

**Laser Safety Procedures**

| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

**Circulating Nurse**  C Romo RN

**Scrub Nurse**  H. Gauta ST

**Laser Operator**  C Romo

**Laser Console Serial Number**  XP5S0060

**Fiber Serial Number**
10-2400-  10-2090. 027 H    **Joules Used – per fiber**
10-2400-

**Range of Power Used**  **(Minimum) Watts**    **(Maximum) Watts**

**Time procedure started**  1421    **Time procedure ended**  1438

**Total lasing time (found on XPS screen)**  0:09.18

**Total number of Joules (found on XPS screen)**  43940 J

**Comments**  Laser policy implemented

**Signature/Title**

PRE SDC
11/05/10  AZHER, BASHIR
DOB        68      M  MR#
Valley View Medical  FL  Mohave  AZ

※Green XPS



01/04/11    ADM IN     H.156-1
            AZHER,BASHIR
DOB         66      M HPV
Valley View Medical  Ft. Mohave, AZ

**Laser Log**

Date: *1/6/11*     OR #        Patient

Surgeon *Azher*                  Anesthesiologist *Seitloff*

Pre Op Dx                        Anesthesia    General          ☑
*Bladder Tumors vs*
*Clots*                                        Spinal           ☐

Post Op Dx                                     Pudendal Block   ☐

                                               IV Sedation      ☐

Procedure *GLEEP*

Prostate Gland Size:             **Laser Safety Procedures**
                                 Laser Warning Signs on Access
                                 Doors                          Yes☑ No ☐

Circulating Nurse                Access Doors closed            Yes☑ No ☐
*X*
                                 Wavelength-specific eyewear used  Yes☑ No ☐
Scrub Nurse                      Windows covered w/opaque
*M S*                            covering                       Yes☐ No ☐

Laser Operator                   Fire Protection                Yes☐ No ☐
*X*                              *(Fire extinguisher and water basin in room)*

Laser Console Serial Number

Fiber Serial Number              **Joules Used – per fiber**
10-2400- *10 2090* -
10-2400-

Range of Power Used    (Minimum) Watts        (Maximum) Watts
                                              *80 / 20*
Time procedure started       Time procedure ended  *100/ 20*

Total lasing time (found on XPS screen)       *9:37*

Total number of Joules (found on XPS screen)  *50,600*

Comments

Signature/Title _____ *X Louy R* ____ Date _____

☀Green ☀ XPS



ADM IN   H.243-1
12/18/10   AZHER,BASHIR
DOB:            83      M  MRF
Valley View Medical   Ft. Mohave, AZ

### Laser Log

Date: 12/23/10    OR # 2    Patient  Queen, Garland R.

**Surgeon**                              **Anesthesiologist**  Dr Satloo

**Pre Op Dx**  UTI
         cellulitis penis          **Anesthesia**  General    ☒  LMA
                                                  :Spinal:     ☐
**Post Op Dx**  Same                              Pudendal Block  ☐
                                                  IV Sedation   ☐

**Procedure**  Cysto, greenlight laser ableation prostate
           circumcision

**Prostate Gland Size:**                **Laser Safety Procedures**
                                        Laser Warning Signs on Access
                                        Doors                    Yes☑ No ☐

**Circulating Nurse**  T Abelken        Access Doors closed      Yes☑ No ☐

                                        Wavelength-specific eyewear used  Yes☑ No ☐
**Scrub Nurse**  M. Hernandez st        Windows covered w/opaque
                                        covering                 Yes☑ No ☐

                                        Fire Protection          Yes☑ No ☐
**Laser Operator**  T Abelken           (Fire extinguisher and water basin in
                                        room)

**Laser Console Serial Number**

**Fiber Serial Number**                 **Joules Used – per fiber**
10-2400-          enTA
10-2400-

10-2090-0364   exp 09/2012

**Range of Power Used**  (Minimum) Watts  80 Watts (vapn) (Maximum) Watts  100 watts (vapn)
**Time procedure started**  0858   **Time procedure ended** 0947  20 watts (coag)
**Total lasing time (found on XPS screen)**  8:59 Minutes
**Total number of Joules (found on XPS screen)**  49,352 joules
**Comments**

**Signature/Title**  Nacy Cenelen          **Date**  12/03/10

## VVMC Laser Log

Date: _23 Nov 11_   OR # _4_   Patient

Surgeon _Aiken_

Procedure _GreenLight_

Laser self test: ☐ Pass   ☐ Fail

Circulating Nurse _Brown_

Scrub Nurse _Cantor_

Laser Operator _Brown_

**Laser Safety Procedures**

Laser Warning Signs on Access Doors                Yes ☒ No ☐

Access Doors closed                                         Yes ☒ No ☐

Wavelength-specific eyewear used                     Yes ☒ No ☐

Windows covered w/opaque covering                  Yes ☒ No ☐

Fire Protection                                                 Yes ☒ No ☐
*(Fire extinguisher and water basin in room)*

**Laser Console Serial Number**
☐ Holmium: 002-49025
Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☒ XPS Green Light: XPS50060
Total Joules Used – per fiber:  _45,023 J_

Coag Watts Max:  _40_

Vapor Watts Max:  ~~40~~ _100_

Time procedure started: _849_          Time procedure ended:  _901_

Total lasing time (found on screen):  _8:21_

Comments

Signature/Title  _Brown_                          Date  _23 Nov 11_

Patient Label

HSV: SOP
AGE: 79   SEX: M
DOB:
ADMIT: 11/23/11   RM/BED: /
ATT: AZHER BASHIR   RM: 206
MR #:   PAT #:

Green XPS

PRE SDC
01/31/11   AZHER,BASHIR
DOB          73      M MR#
Valley View Medical  Ft. Mohave, AZ

**Laser Log**

| Date: 1/31/11   OR #          Patient

**Surgeon**      Azher
**Pre Op Dx**

**Anesthesiologist**   Seibong

**Anesthesia**   General   ☒
                 Spinal:   ☐
                 Pudendal Block   ☐
                 IV Sedation   ☐

**Post Op Dx**

**Procedure**   Dapper

**Prostate Gland Size:**   Fasol

**Laser Safety Procedures**
Laser Warning Signs on Access Doors          Yes☐ No☐
Access Doors closed                          Yes☐ No☐
Wavelength-specific eyewear used             Yes☐ No☐
Windows covered w/opaque covering            Yes☐ No☐
Fire Protection                              Yes☒ No☐
*(Fire extinguisher and water basin in room)*

**Circulating Nurse**

**Scrub Nurse**

**Laser Operator**

**Laser Console Serial Number**

**Fiber Serial Number**          **Joules Used – per fiber**
10-2400- 2090 - 334
10-2400-

**Range of Power Used   (Minimum) Watts**          **(Maximum) Watts**

**Time procedure started**  1746   **Time procedure ended**  1756

**Total lasing time (found on XPS screen)**   8:20

**Total number of Joules (found on XPS screen)**   39.335 J

**Comments**

**Signature/Title**          **Date**

000095

## VVMC Laser Log

Date: 3/20/11   OR # 2   Patient

Surgeon: Dr Azher

Procedure: Cysto, Laser, ablation prostate

| Laser Safety Procedures | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☐ | No ☐ |

Laser self test: ☑ Pass   ☐ Fail

Circulating Nurse: L Delira

Scrub Nurse: Tech Kelly, Ming ort Student

Laser Operator: Darin F ort

**Laser Console Serial Number**

☐ Holmium: 002-49025

Total Joules Used (HZ):

Energy Joules Max:

Rate Pulses Max:

☑ XPS Green Light XPS50060

Total Joules Used – per fiber: 43 998J

Coag Watts Max: 40  80

Vapor Watts Max:

Time procedure started: 905   Time procedure ended: 941

Total lasing time (found on screen): 405  9:43

**Comments**

pt has greenlight goggles applied both eyes on all
laser procedure.   Anesthesiologist- Dr Holley

Signature/Title: L Delira   Date: 3/20/11

Patient Label

```
                      HSV: MIP
DOB            AGE: 79  SEX: M
ADMIT: 03/25/12  RM/BED: 147 /A
ATT: AZHER BASHIR      R: 206
MR #:            PAT #:
```

greenlight fiber optic
ref 1024 0V-2060
exp 2014/2

000096

## VVMC Laser Log

**Date:** 7/11/12  **OR #** 1  **Patient**

**Surgeon** D Ashir

**Procedure** Second Stage Laser ablate of prostate

### Laser Safety Procedures

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** L D Class

**Scrub Nurse** Ich Si Cons Dmalden ORTed Stud

**Laser Operator** Dairson F ORT

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☑ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025

☑ XPS Green Light: XPS50060   7x0463

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:**

**Energy Joules Max:**

**Coag Watts Max:** 40

**Rate Pulses Max:**

**Vapor Watts Max:** 8 – 140

**Time procedure started:** 0911    **Time procedure ended:** 255 9 r 5

**Total lasing time (found on screen):** 9:55

**Comments** PE has Greenlight Laser Goggle protection on both Eyes.

**Signature/Title** _____   **Date** 7/13/12

**Patient Label**

```
                              HSV: MIP
DOB:              AGE: 65     SEX: M
ADMIT: 02/09/12   RM/BED: 155 /A
ATT: AZHER BASHIR           RM: 206
MR #:             PAT #:
```

000097

## VVMC Laser Log

Date: 1/26/2012   OR # 2   Patient ██████████████

Surgeon Dr Azher

Procedure Cysto, greenlight laser ablation prostate

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** T. Abel, RN

**Scrub Nurse** K. Pfeffer, ST

**Laser Operator** T. Abel RN

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

lot 10-2400-147A
Ref 10-2400   exp 11/2013

**Laser Console Serial Number**
☐ Holmium: 002-49025
☑ XPS Green Light: XPS50060

**Total Joules Used (HZ):**

**Total Joules Used – per fiber:** 27,382 joules

**Energy Joules Max:**

**Coag Watts Max:** 35, 40

**Rate Pulses Max:**

**Vapor Watts Max:** 80, 100, 140

**Time procedure started:** 1029    **Time procedure ended:** 1047

**Total lasing time (found on screen):** 10 minutes 12 seconds

**Comments**

Signature/Title _Tracy Avila_    Date 1/26/2012

Patient Label

HSV: SOP
DOB: ████   AGE: 78   SEX: M
ADMIT: 01/26/12   RM/BED: /
ATT: AZHER BASHIR   #: 206
MR #: ████   PAT #: ████████

## VVMC Laser Log

Date: 24 Jul 2     OR # 2     Patient

| | |
|---|---|
| | HSV: MIP |
| DOB: ███ | AGE: 83   SEX: M |
| ADMIT: 01/20/12 | RM/BED: 130  /A |
| ATT: AZHER BASHIR | #: 206 |
| MR #: ███ | PAT #: ███ |

Surgeon    Acken

Procedure   BPH GLEP

**Laser self test:** ☐ Pass   ☐ Fail

Circulating Nurse   Brown RN

Scrub Nurse   R Johnson st

Laser Operator   Brown RN

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ | No ☐ |

### Laser Console Serial Number

☐ Holmium: 002-49025

**Total Joules Used (HZ):**

☑ XPS Green Light: XPS50060

**Total Joules Used — per fiber:** 88.116

Energy Joules Max:

**Coag Watts Max:** 40

Rate Pulses Max:

**Vapor Watts Max:** 80

Time procedure started: 1614     Time procedure ended: 1625

Total lasing time (found on screen): 10 16

Comments

Signature/Title _P Brown RN_     Date _24 Jan 12_

Patient Label

000099

## VVMC Laser Log

| | | |
|---|---|---|
| | | HSV: MIP |
| DOB: [redacted] | AGE: 83 | SEX: M |
| ADMIT: 10/31/11 | RM/BED: 127 /A | #: 645 |
| ATT: FREEDMAN DAVID | | |
| MR #: [redacted] | | PAT #: [redacted] |

**Date:** 11/7/11   **OR #**   **Patient**

**Surgeon** AZHOR

**Procedure** CY5D, SP PLACEMENT, LAP GREENLIGHT.

**Laser self test:** ☑ Pass   ☐ Fail

**Circulating Nurse** G. MORAN

**Scrub Nurse** J. GIBSON

**Laser Operator** G. MORAN

### Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Laser Console Serial Number**
☐ Holmium: 002-49025
**Total Joules Used (HZ):**

☒ XPS Green Light: XPS50060
**Total Joules Used – per fiber:** 61,172 J

**Energy Joules Max:**

**Coag Watts Max:** 35, 40

**Rate Pulses Max:**

**Vapor Watts Max:** 100 W

**Time procedure started:**          **Time procedure ended:**

**Total lasing time (found on screen):** 11.05 min.

**Comments**

**Signature/Title** _Gretchen mes RN_          **Date** 11/7/11

| | | |
|---|---|---|
| | | HSV: MIP |
| DOB: [redacted] | AGE: 83 | SEX: M |
| ADMIT: 10/31/11 | RM/BED: 127 /A | #: 645 |
| ATT: FREEDMAN DAVID | | |
| MR #: [redacted] | PAT #: [redacted] | |

000100



**☀Greenlight XPS**

11/15/10    PRE SOC
DOB:         AZHER, BASHIR
            64        M   MR#
Valley View Medical  FL Mohave, AZ

## Laser Log

Date: 11-15-10    OR # 2    Patient

Surgeon  Azher

Pre Op Dx    OPL

Post Op Dx   same

Procedure   Cysto greenlight laser Enucleation Prostate

| | |
|---|---|
| Anesthesiologist | Holley |
| Anesthesia | General ☑ |
| | Spinal ☐ |
| | Pudendal Block ☐ |
| | IV Sedation ☐ |

**Prostate Gland Size:**

**Laser Safety Procedures**

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☐ No ☐ |
| Wavelength-specific eyewear used | Yes ☐ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ No ☐ |

Circulating Nurse  Julio Newland

Scrub Nurse

Laser Operator

Laser Console Serial Number

Fiber Serial Number
10-2400-___  ___-___
10-2400-___  ___-___

Joules Used – per fiber    80,767

Range of Power Used    (Minimum) Watts    (Maximum) Watts

Time procedure started ___  Time procedure ended  12:10

Total lasing time (found on XPS screen)  12:38

Total number of Joules (found on XPS screen)  80,767 J

Comments

Signature/Title  Julio Newland    Date  11-15-10

❋Greenlight XPS

1/26/10

```
ADM IN    H.136-1
11/20/10   ZEGARRA,GUILLERMO
DOB:          79      M  MAR
Valley View Medical  Ft. Mohave, AZ
```

**Laser Log**

| Date: | OR # | Patient |
|---|---|---|

**Surgeon** Azher

**Pre Op Dx**
Bladder neck obstruction

**Post Op Dx**
Same

**Procedure**
GLLEP

**Prostate Gland Size:**

**Circulating Nurse** Romo RN

**Scrub Nurse** J. Gibson ST

**Laser Operator**

**Anesthesiologist**

**Anesthesia**

| | | |
|---|---|---|
| General | ☑ | |
| Spinal: | ☐ | |
| Pudendal Block | ☐ | |
| IV Sedation | ☐ | |

**Laser Safety Procedures**

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes☑ No☐ |
| Access Doors closed | Yes☑ No☐ |
| Wavelength-specific eyewear used | Yes☐ No☐ |
| Windows covered w/opaque covering | Yes☑ No☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes☑ No☐ |

**Laser Console Serial Number**

**Fiber Serial Number**
10-2400- 10-2090-029μ
10-2400-_____-_____

**Joules Used – per fiber**

80w  40w
Vapor  Coas

100w  40coa

**Range of Power Used   (Minimum) Watts**                    **(Maximum) Watts**

**Time procedure started**             **Time procedure ended**

**Total lasing time (found on XPS screen)**   12:22

**Total number of Joules (found on XPS screen)**   67331 J

**Comments** Laser policy and procedure implemented

**Signature/Title** Romo RN          **Date** 11/26/10

000102

※Green．．XPS

**Laser Log**

| Date: 12/9/10   OR # 4   Patient

Surgeon   Azher

Pre Op Dx
*Obstructive prostate*

Post Op Dx

Procedure   *Cysto Greenlight turp*

| | PRE SDC |
|---|---|
| 12/09/10 | AZHER,BASHIR |
| DOB | 63   M   MR# |
| Valley View Medical   Ft. Mohave, AZ |

Anesthesiologist   *genuine*

Anesthesia   General   ☑

Spinal   ☐

Pudendal Block   ☐

IV Sedation   ☐

**Prostate Gland Size:**

Circulating Nurse   P Brown

Scrub Nurse   H Coulter St
S Johnson student

Laser Operator   H Coulter St

**Laser Console Serial Number**

| Laser Safety Procedures | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ | No ☐ |
| Access Doors closed | Yes ☑ | No ☐ |
| Wavelength-specific eyewear used | Yes ☑ | No ☐ |
| Windows covered w/opaque covering | Yes ☑ | No ☐ |
| Fire Protection *(Fire extinguisher and water basin in room)* | Yes ☑ | No ☐ |

**Fiber Serial Number**
10-2400-_____ _10-2090_
10-2400-_____ -_____

**Joules Used – per fiber**   68,269

Range of Power Used   (Minimum) Watts   40          (Maximum) Watts   80-100

Time procedure started   ~~0401~~ 854    Time procedure ended   0922

Total lasing time (found on XPS screen)   13 min 26 sec

Total number of Joules (found on XPS screen)   68,269

Comments

Signature/Title   P Brown R    Date   12/9/10

000103

## VVMC Laser Log

| **Date:** 7/21/11   **OR #** 2   **Patient**

**Surgeon**

**Procedure**

**Laser Safety Procedures**

**Laser self test:** ☐ Pass   ☐ Fail

Laser Warning Signs on Access Doors — Yes ☑ No ☐

**Circulating Nurse** — L.Romo RN

Access Doors closed — Yes ☑ No ☐

**Scrub Nurse** — D. Jenkins S)

Wavelength-specific eyewear used — Yes ☑ No ☐

Windows covered w/opaque covering — Yes ☑ No ☐

**Laser Operator** — L. Romo RN

Fire Protection — Yes ☐ No ☑
*(Fire extinguisher and water basin in room)*

**Laser Console Serial Number**

☐ **Holmium: 002-49025**
**Total Joules Used (HZ):** Total "energy" ✱ 72188.5

☑ **XPS Green Light:** XPS50060
**Total Joules Used – per fiber:**

**Energy Joules Max:** ✱

**Coag Watts Max:** ✱

**Rate Pulses Max:**

**Vapor Watts Max:**

**Time procedure started:** 1518

**Time procedure ended:** ✱ 100 W Vapor 40w Coag
✱ 40 W   40 Coag

**Total lasing time (found on screen):** 1540  09:28

**Comments** Laser policy and procedure implemented.

**Signature/Title** Lisa Romo RN   **Date** 7/21/11

**Patient Label**

DOB:   AGE: 84   HSV: SOP   SEX: M
ADMIT: 07/21/11   RM/BED: /
ATT: AZHER BASHIR   #: 206
PT #:   MR #:

000104

ORIGINAL

# Laser Log

| Date: 5/26/11   OR #        Patient

Surgeon   Azher
Procedure   GLEED

Laser self test: ☐ Pass        ☐ Fail

Circulating Nurse
J Loudy

Scrub Nurse
M. Hernandez

Laser Operator
J/ Azher

Laser Console Serial Number
☐ Holmium: 002-49025
Fiber Serial Number

## Laser Safety Procedures

| | | |
|---|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

☑ XPS Green Light: XPS50060
Joules Used – per fiber

Range of Power Used: 80→140   (Minimum) Watts: 40   (Maximum) Watts:

Time procedure started: 1628   Time procedure ended:

Total lasing time (found on screen) 12:23

Total number of Joules (found on screen): 80,792

Comments

Signature/Title   J Loudy Rn        Date   5/26/11

Valley View Medical Center

DOB:
ADMIT: 05/26/11   AGE: 66   HSV: SOP
ATT: AZHER BASHIR   RM/BED:   SEX: M
MR #:   PAT #:   #: 206

000105

# Laser Log

Date: 3/17/11      OR #      Patient

DOB:                        HSV: SOP
ADMIT: 03/16/11    AGE: 85   SEX: M
ATT: AZHER BASHIR  RM/BED: /
MR #:              #: 206
                   PAT #:

Surgeon _Azher_

Procedure _GLEEP_

Laser

**Laser self test:** ☑ Pass    ☐ Fail

| | |
|---|---|
| Laser Warning Signs on Access Doors | Yes ☑ No ☐ |
| Access Doors closed | Yes ☑ No ☐ |
| Wavelength-specific eyewear used | Yes ☑ No ☐ |
| Windows covered w/opaque covering | Yes ☑ No ☐ |
| Fire Protection (Fire extinguisher and water basin in room) | Yes ☑ No ☐ |

**Circulating Nurse**  _JL_

**Scrub Nurse**  _Milarma_

**Laser Operator**  _JL_

**Laser Console Serial Number**
☐ Holmium: 002-49025          ☑ XPS Green Light: XPS50060

**Fiber Serial Number**        Joules Used – per fiber

Range of Power Used: 80/40  100/40  (Minimum) Watts:        (Maximum) Watts:

Time procedure started: 0845      Time procedure ended: 0901

Total lasing time (found on screen)

Total number of Joules (found on screen):  74,091

Comments

Signature/Title _Jhaudy Rn_          Date 3/17/11

Valley View Medical Center

000106

# VVMC Laser Log

Date: _23 June_    OR # _4_    Patient

Surgeon _Acker_

Procedure _Cysto Gllep_

**Laser Safety Procedures**

Laser self test: ☐ Pass    ☐ Fail

Laser Warning Signs on Access Doors    Yes ☐ No ☐

Circulating Nurse _____ RN

Access Doors closed    Yes ☑ No ☐

Scrub Nurse _Fenuwen_ _ct_

Wavelength-specific eyewear used    Yes ☑ No ☐
Windows covered w/opaque covering    Yes ☑ No ☐

Laser Operator _Brown_ _Th_

Fire Protection    Yes ☑ No ☐
(Fire extinguisher and water basin in room)

**Laser Console Serial Number**
☐ Holmium: 002-49025
☑ XPS Green Light XPS50060

Total Joules Used (HZ):    Total Joules Used – per fiber:

Energy Joules Max:    Coag Watts Max: _40_

Rate Pulses Max:    Vapor Watts Max: _140_

Time procedure started: _1611_    Time procedure ended: _1627_

Total lasing time (found on screen): _13:24_

Comments    _Joules 165.616_

Signature/Title _Brown Th_    Date _24 Jun 2012_

Patient Label

HSV: MIP
DOB: ▮▮▮    AGE: 75    SEX: M
ADMIT: 01/20/12    RM/BED: 137 /A
ATT: AZHER BASHIR    ▮ 206
MR #: ▮▮▮    PAT #: ▮▮▮

000107


**AMS**
*Solutions for Life*

10796 Bren Road West · Minnetonka, MN 55343
Customer Service ph#1-800-328-3881, Fax 1-800-366-8035

FORM NO. 199846

# INVENTORY TRACKING

| CUSTOMER | Account No.: | Billing P.O.# |
|---|---|---|

**Hospital Name/sold to:**
Valley View Medical Cntr
5330 S HWY 95
Ft Mohave AZ 86426

Printed Contact Name:

Contact Phone Number:

**Ship to:**

Surgery Date: 9/23/10

Doctor Name: Dr. Azher

Patient Name: ▐▬▬▬▬▐

## PRODUCTS DELIVERED/ITEMS USED

| PART NUMBER | DESCRIPTION | SERIAL/LOT NO. | QUANTITY | UNIT PRICE |
|---|---|---|---|---|
| 10-2090 | HPS fiber | 021 | 1 | $1150.00 |
| CASING | Time — 6.46 | | | |
| | Energy — 36,938 | | | |
| | | | | |
| | | | | |
| | | | | |

*I acknowledge receipt of the above items and agree to submit this form to my purchasing department. Acceptance of the delivery obligates named customer to issue a Confirming Purchase Order in accordance with all AMS normal order terms.*

Contact name (please print) _____

Signed by Hospital Representative: _____ *Goodwin* _____ Date 9/23/10

AMS Representative name (please print): ED Pass

Signed by AMS Representative: E B Pass _____ Date _____

### CALL AMS CUSTOMER SERVICE WITH PO NUMBER WITHIN 48 HOURS OF DELIVERY

White Copy - Sales Rep     Yellow Copy - AMS/CustService     Pink Copy - Customer

M609 (02/06)     ED's Cell   303-913-3896

000108



**AMS**
*Solutions for Life*

10700 Bren Road West · Minnetonka, MN 55343
Customer Service ph#1-800-328-3881, Fax 1-800-366-9035

FORM NO. **199646**

# INVENTORY TRACKING

| CUSTOMER | Account No.: | | Billing P.O.# | |
|---|---|---|---|---|
| Hospital Name/sold to: | | | Ship to: | PRE SOC |

Hospital Name/sold to:
*Valley View Medical Center*
*5330 S HWY 95*
*Ft Mohave AZ 86426*

Ship to:
09/23/10  AZHCR.BASHIR
DOB        78        M MR#
Valley View Medical  Ft. Mohave, AZ

Printed Contact Name:

Contact Phone Number:

Surgery Date:

Doctor Name:

Patient Name:

## PRODUCTS DELIVERED/ITEMS USED

| PART NUMBER | DESCRIPTION | SERIAL/LOT NO. | QUANTITY | UNIT PRICE |
|---|---|---|---|---|
| 10-2090 | HPS fiber | 021 | 1 | $1150.00 |
| | ~~0907~~ Time — 0:04:46 | | | |
| | Energy — 22 079 J | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*I acknowledge receipt of the above items and agree to submit this form to my purchasing department. Acceptance of the delivery obligates named customer to issue a Confirming Purchase Order in accordance with all AMS normal order terms.*

Contact name (please print) _____

Signed by Hospital Representative: __*J Waltman, RN*__   Date __9/23/10__

AMS Representative name (please print) _____

Signed by AMS Representative: _____   Date _____

### CALL AMS CUSTOMER SERVICE WITH PO NUMBER WITHIN 48 HOURS OF DELIVERY

White Copy - Sales Rep.     Yellow Copy - AMS/CustService     Pink Copy - Customer

M302 (02/08)     *ED's Cell  303-913-3896*

000109



**AMS**
Solutions for Life

10700 Bren Road West · Minnetonka, MN 55343
Customer Service ph#1-800-328-3881, Fax 1-800-396-8035

FORM NO. 199843

# INVENTORY TRACKING

| CUSTOMER | Account No.: | Billing P.O.# | |
|---|---|---|---|
| Hospital Name/sold to: | | Ship to: | |
| Valley View Med Center | | | |
| 5330 S. Hwy 95 | | | |
| Ft. Mohave AZ 86426 | | Surgery Date: | |
| Printed Contact Name: | | Doctor Name: | PRE SDC 09/16/10  AZHER, BASHIR DOB       49    M  MRN |
| Contact Phone Number: | | Patient Name: | Valley View Medical  Ft. Mohave, AZ |

## PRODUCTS DELIVERED\ITEMS USED

| PART NUMBER | DESCRIPTION | SERIAL/LOT NO. | QUANTITY | UNIT PRICE |
|---|---|---|---|---|
| 10-2480 | Moxy fiber | 029A | 1 | $0 |
| | | | | |
| | 27329 SLS | | | |
| | 5:58 | | | |
| | | | | |

*I acknowledge receipt of the above items and agree to submit this form to my purchasing department. Acceptance of the delivery obligates named customer to issue a Confirming Purchase Order in accordance with all AMS normal order terms.*

Contact name (please print) _____

Signed by Hospital Representative: _____   Date _____

AMS Representative name (please print) _____

Signed by AMS Representative: _____   Date 9/16/10

### CALL AMS CUSTOMER SERVICE WITH PO NUMBER WITHIN 48 HOURS OF DELIVERY

White Copy - Sales Rep.       Yellow Copy - AMS/CustService       Pink Copy - Customer

M508 (02/06)

000110

# VVMC Laser Log

Date: *1-30-12*   OR # *4*   Patient: ▮▮▮▮▮▮▮

Surgeon *Azher*

Procedure *Cystoscopy, Laser Ablation Stricture Bladder Coag of bladder*

### Laser Safety Procedures

| | |
|---|---|
| Laser self test: ☑ Pass   ☐ Fail | Laser Warning Signs on Access Doors   Yes ☑ No ☐ |
| Circulating Nurse *K. Ledkins RN* | Access Doors closed   Yes ☑ No ☐ |
| Scrub Nurse *S. Hanson* | Wavelength-specific eyewear used   Yes ☑ No ☐ |
| *Sabrina (Student)* | Windows covered w/opaque covering   Yes ☑ No ☐ |
| Laser Operator *K. Ledkins RN.* | Fire Protection   Yes ☑ No ☐ (Fire extinguisher and water basin in room) |

Laser Console Serial Number

☑ Holmium: 002-49025                ☐ XPS Green Light: XPS50060

Total Joules Used (HZ):                Total Joules Used – per fiber:

Energy Joules Max:                Coag Watts Max:

Rate Pulses Max: *2*        *10*        Vapor Watts Max: *2 — 10*

                                *22 total joules*

Time procedure started:        Time procedure ended:

Total lasing time (found on screen): *22 joules – very short*

Comments *2, 10*        *total 22*

Signature/Title *K. Ledkins*        Date *1-30-12*

Patient Label

```
DOB: ▮▮▮▮           AGE: 86   HSV: SOP
ADMIT: 01/30/12    RM/BED:   SEX: M /
ATT: AZHER BASHIR           #: 206
PT #:              MR #: ▮▮▮▮
```

# Arnaldo Trabucco, MD, FACS

5300 Hwy 95, Suite K
Ft Mohave, AZ 86426
(928) 768-6800

Rick Carter, CEO
Valley View Medical Center
5330 South Highway 95
Fort Mohave, Arizona 86426
(928) 788-2273

March 18, 2013

Re: Request for recommendation Bashir A. Azher MD

Dear Sir:

My name is Arnaldo F. Trabucco, MD, FACS, and Chairman of Surgery at Valley View Medical Center in Fort Mohave, AZ and Chairman of the Operating Room Safety Committee at Western Arizona Regional Medical Center in Bullhead City, AZ. I am a board-certified urological surgeon in private practice since 1987. My medical practice is located at 5300 S. Highway 95, Suite K, Fort Mohave, AZ 86426. My office telephone number is 928-768-6800 and my personal email is paxmedicus@gmail.com.

I was asked by Bashir Asher, MD to write a letter of recommendation as Chairman of Surgery at Valley View Medical Center. It is with much disheartenment that I cannot ethically recommend Dr. Azher for Recertification of the American Board of Urology for the reasons stated below. As I stated in the subject line, this is regarding professional misconduct and probable fraud that I discovered and committed by:

Bashir A. Azher MD                    License Number: 14725
1467 Palma Rd Suite 4                  License Status: Active
Bullhead City AZ 86442-6785            Licensed Date: 06/01/1984
Phone: (928) 763-5110                  License Renewed: 12/20/2011

Dr. Azher is a urologist who has been practicing for many years in the Mohave Valley area of Arizona. I'm estimating this to be hundreds of cases of medical fraud. I will be reporting this to American Urological Association, and American College of Surgeons as well as other authorities.



Out of concern for the patients and community of Mohave Valley County, Arizona I must present the factual evidence of incompetence and fraudulent activities performed by this doctor for his own personal gain with regard for the health and well-being of the patients as well as his professional misconduct and association with other doctors conducting fraud and unnecessary surgery. I trust that the authorities will take all of these issues into consideration to institute a swift and immediate action plan to put an end to the medical fraud and endangerment to these patients in our community.

Let me first start by indicating how I had come to the enlightenment that Dr. Azher has been engaged in his fraudulent endeavors. As Chairman of Surgery at Valley View Medical Center in Fort Mohave, Arizona I have recently gained enlightenment that numerous activities have been occurring at this medical center as well as Western Arizona Regional Medical Center unethical conduct engaged by another physician that he is intimately associated with.

This other physician, Dr. Richard Cardone, is well known by the authorities as well as Arizona Medical Licensing Board and the Attorney General to have engaged in fraudulent activities. Dr. Cardone has used Dr. Azher as an intermediary and colleague to empower patients to file fraudulent claims against myself throughout the Arizona Medical Licensing Board in the past (which has been dismissed MD-12-0291A –please see webcast held on Wednesday, August 1, 2012 James M. Gillard, M.S., M.D., F.A.C.E.P., F.A.A.E.M.). This is the first time that I am reporting professional misconduct on this particular physician but the association with Dr. Cardone was enlightened to the board.
http://azmd.granicus.com/MediaPlayer.php?view_id=&clip_id=53&meta_id=5078

After inspecting Dr. Azher's medical practices, upon request for recommendation for re-credentialing purposed for the ABU I have noticed numerous complications whereby patients are undergoing repeated admissions for urinary retention, UTI, postoperative bleeding, repeated laser ablation of prostate's utilizing the green light technology. Dr. Azher has had no formal training in green light laser prostatectomy but was allowed to perform these operative interventions by Dr. Cardone (Chief of Surgery at that time). Despite repeated efforts by me in the past to train him, he refused. These patients are of Medicaid, Medicare and third party insurances within the tri-state area involving mostly Arizona patients. I am formally requesting a summary suspension of Dr. Asher hospital privileges and license and a full investigation of his endoscopic practices be performed to protect the public.

After seeing numerous patients of his in my office, for urinary retention, repeated urinary tract infections, unsatisfactory results, and endoscopic evidence of no evidence of scarring within urinary tract after dictated green light laser ablation of prostate this prompted me to investigate issues after the patients lament repeatedly from their horrific bladder outlet obstructive symptoms.
Upon review of his green light laser prostatectomy procedures I've noticed that his procedures have taken anywhere from seconds to minutes, which is impossible to perform an adequate laser prostatectomy and to provide substantiation to bill for these

procedures. I've also noticed that these patients have repeated procedures within the same year or subsequent years as he one day verbally indicated to me that he does this for intent to have the patients return to him for repeat procedures. I find this statement to be highly unethical and endangering patient care for his personal gains is no laughing matter. Upon a brief review of past charts and laser logs I have found over 50% of his procedures to be within the sub optimal time to substantiate an effective green light laser transurethral laser prostatectomy less than 5 minutes is beyond comprehension. This is reinforced by the recurrent admissions to our institution and nearby hospitals and numerous complaints that patient had on his medical surgical procedures.

As a licensed physician in the state of Arizona and as Chairman of Surgery of Valley View Medical Center, Ft. Mohave, AZ, it's my duty and obligation to report this physician for professional misconduct and probable fraudulent behavior. (AZ statute-32-1451). It is also my duty as a Board certified Urologist to report unethical conduct to the board and authorities.

In order to reinforce these allegations I will refer you to procedures performed at Valley View Medical Center with a brief review of over 200 charts indicating over 100 procedures that are under 10 minutes in duration, some of which only a couple seconds in duration.

I will bring to the attention of the authorities only a few of some specific 10 cases examples to elaborate on these issues performed at VVMC.
Medical record # 0519; total laser time 38 seconds, Jules 2761,
Medical record # 41187; total laser time 41 seconds, 3183 Jules.
Medical record # 41272; total laser time 31 seconds; Jules 2430.
Medical record # 25588; laser time indicated very short; Jules delivered 22.
Medical record # 62723; total laser time 43 seconds, Jules 3349.
Medical record # 62889; total laser time 16 seconds, Jules 74091.
Medical record # 0519; total laser time 38 seconds, total Jules 2761.
Medical record #23815; total laser time 1:26, 5511 Jules.
Medical record # 23535; total laser time 1 second total Jules not documented to low.
Medical record # 65448 total laser time 1:19, 61025 Jules.

The numbers are an endless plethora of cases and escalating now at WARMC, Western Arizona Regional Medical Center, 2735 Silver Creek Road, Bullhead City, AZ 86442 (928)763-2273.

It appears that I have now identified two individuals who are committing medical fraud, being supported by the Middle Eastern, Muslim community and protected by a major hospital administration at Western Arizona Regional Medical Center. These activities have been going on for decades before I became Chairman of Surgery at Valley View Medical Center, prior to Dr. Cardone's dictatorship, where he was protecting and condoning these activities. This has been a very eye-opening, disheartening experience to understand how many unethical individuals are involved in the fraudulent activities against Medicaid, Medicare, and private insurance companies which is escalating the

cost of our healthcare system and being protected by big business entities for personal gains. In conclusion, I formally request that full investigations of Dr. Azher's surgical practices are performed and his association with Dr. Cardone's practices, as well as their common referral patterns. I would also like to elucidate that there appears to be a network of physicians within this community that are part of a network of individuals referring within the same network and performing similar activities.

As a board certified physician and Fellow of American College of Surgeons and Chairman of Surgery and prior physician in New York City, I've encountered numerous unscrupulous individuals (on the east coast) but never would have imagined that a network of doctors could be affecting the healthcare system of America in this day and age. It's apparent that these types of activities are the reason why our healthcare system is broken.

If you have any questions regarding these issues you may call me personally.

Yours truly,

Arnaldo F. Trabucco, MD, FACS
Chairman of Surgery
Valley View Medical Center

CC:

> Arizona Medical Board
> 9545 East Doubletree Ranch Road • Scottsdale, Arizona 85258
> Telephone (480) 551-2700
> Fax (480) 551-2705
>
> American College of Surgeons
> 633 N Saint Clair Street
> Chicago, IL 60611-3211
> (312) 202-5000
> Toll free: 800-621-4111
> Fax: 312-202-5001
> postmaster@facs.org
>
> American Board of Urology
> Gerald H. Jordan, MD
> Executive Secretary
> 600 Peter Jefferson Parkway
> Suite 150
> Charlottesville, VA 22911

(434) 979-0059
Fax: (434) 979-0266



# Arnaldo Trabucco, MD, FACS
## Director of Institute of Urology, LLC
5300 Hwy 95, Suite K
Ft Mohave, AZ 86426
(928) 768-6800
PaxMedicus@gmail.com
CHAIRMAN OF SURGERY
VALLEY VIEW MEDICAL CENTER

May 18, 2013

American Board of Urology
600 Peter Jefferson Pkwy, Ste 150
Charlottesville, VA 22911
(434) 979-0059

RE:Bashir Asher, MD

Dear Sir:

My name is Arnaldo F. Trabucco, MD, FACS,and Chairman of Surgery at Valley View Medical Center in Fort Mohave, AZ and Chairman of the Operating Room Safety Committee.

I was asked by Bashir Asher, MD to write a letter of recommendation as Chairman of Surgery at Valley View Medical Center. It is with much disheartenment that I cannot ethically recommend Dr. Azher for Recertification for the American Board of Urology. This is regarding professional misconduct that I discovered and committed by Dr. Azher that has placed many patients safety at risk with high complication rates.

Let me first say that Dr. Azher and I have been friends the past 3 years, we have graduated from the same residency program in the past. Our practices do not conflict with each other's in any way. So the words that I have to provide to you do not come very easy for me to say.

Dr. Azher is a urologist who has been practicing for many years in the Mohave Valley area of Arizona.Recently hundreds of cases of professional misconduct regarding prostate laser surgery alone have been identified. Additionally, his complication rate with bladder sling surgery is astronomically high with patients returning to have their slings or cystocele repaired months after his primary repair.



PLAINTIFF'S EXHIBIT
E

---
**Page 1**

Out of concern for the patients and community of Mohave Valley County, Arizona I must present the factual evidence of incompetence performed by this doctor for his own personal gain without regard for the health and well-being of the patients as well as his professional misconduct and conducting unnecessary surgery. I trust that the American Board of Urology will look into these matters to help protect the patients of our community.

After inspecting Dr. Azher's medical practices, upon request for recommendation for re-credentialing purposes for the ABU I have noticed numerous complications whereby patients are undergoing repeated admissions for urinary retention, UTI, postoperative bleeding, repeated laser ablation of prostate, utilizing the green light technology. I have formally requested a summary suspension of Dr. Asher's hospital privileges at Valley View Medical Center by alerting administration for a full investigation of his endoscopic practices be performed to protect the public.

Upon review of his green light laser prostatectomy procedures I've noticed that his procedures have taken anywhere from seconds to just a couple minutes, which is impossible to perform an adequate laser prostatectomy, as you well know. I've also noticed that these patients have repeated procedures within the same year or subsequent years. I find this practice to be highly unethical and endangering patient care for his personal gains is no laughing matter. Upon a brief review of past charts and laser logs I have found over 50% of his procedures to be within the sub optimal time to substantiate an effective green light laser transurethral laser prostatectomy less than five minutes is beyond comprehension. This is reinforced by the recurrent admissions to our institution and nearby hospitals and numerous complaints that patients had on his medical surgical procedures.

As a licensed physician in the State of Arizona and as Chairman of Surgery of Valley View Medical Center, Ft. Mohave, AZ, and Board Certified Urologist, it's my duty and obligation to report this physician for professional misconduct (AZ statute-32-1451). It is also my duty as a Board Certified Urologist to report unethical conduct to the Board and Authorities, as I have done.

In order to reinforce these allegations I will refer you to procedures performed at Valley View Medical Center with a brief review of over of 200 charts indicating over 100 procedures that are under 10 minutes in duration, some of which only a couple seconds in duration.

I will bring to your attention only a few of some specific 10 cases, examples to elaborate on these issues performed at VVMC. These 10 cases whereby the procedure lasts under 2 minutes is justification alone for my statement and can be reinforced by the medical records.

Medical record # 0519; total laser time 38 seconds, Jules 2761,
Medical record # 41187; total laser time 41 seconds, 3183 Jules.
Medical record # 41272; total laser time 31 seconds; Jules 2430.

Medical record # 25588; laser time indicated very short; Jules delivered 22.
Medical record # 62723; total laser time 43 seconds, Jules 3349.
Medical record # 62889; total laser time 16 seconds, Jules 74091.
Medical record # 0519; total laser time 38 seconds, total Jules 2761.
Medical record #23815; total laser time 1:26, 5511 Jules.
Medical record # 23535; total laser time 1 second total Jules not documented to low.
Medical record # 65448 total laser time 1:19, 61025 Jules.

The numbers are an endless plethora of cases and escalating now at, Western Arizona Regional Medical Center (WARMC), 2735 Silver Creek Road, Bullhead City, AZ 86442 (928)763-2273.

This has been a very eye-opening, disheartening experience to understand how unethical individuals are involved in escalating the cost of our healthcare system and being protected by big business entities for personal gains. In conclusion, asChairman of Surgery, I ethically cannot recommend him for recertification for the American Board of Urology.As a board certified physician and Fellow of American College of Surgeons and Chairman of Surgery and prior physician in New York City, I've encountered numerous individuals performing unnecessary surgery, but none as blatant as what I have uncovered here. It's apparent that these types of activities are the reason why our healthcare system is broken.

If you have any questions regarding these issues you may call me personally.

Yours truly,


Arnaldo F. Trabucco, MD, FACS
Chairman of Surgery
Valley View Medical Center