SEALED

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 17 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

JOHN S. LEONARDO
United States Attorney
District of Arizona

LON R. LEAVITT
Assistant United States Attorney
Utah Bar No. 11245
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Lon.R.Leavitt@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Arnaldo Trabucco, M.D., <br><br> Plaintiff-Relator, <br><br> v. <br><br> PHC-Fort Mohave, Inc., *et al.*, <br><br> Defendants. | CV-14-8094-PCT-DGC <br><br> **STIPULATION OF DISMISSAL** <br><br><br> *[EX PARTE* **AND UNDER SEAL]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the United States of America, relator Arnaldo Trabucco, M.D., and defendant Bashir Azher, M.D. ("the parties") respectfully stipulate to and request the dismissal of this action, without prejudice, subject to the terms of the settlement between the parties.

The parties also stipulate and request that Dr. Trabucco's Complaint, the United States of America's Notice of Election to Intervene, this Stipulation of Dismissal, and (once entered) the accompanying Order of Dismissal be unsealed. In addition, the parties stipulate and request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and

time for making an election to intervene should be extended. *See* 31 U.S.C. § 3730(b)(3) (motions to extend the seal and intervention deadline "may be supported by affidavits or other submissions in camera"); *see also, e.g., United States ex rel. O'Keefe v. McDonnell Douglas Corp.*, 902 F. Supp. 189, 192 (E.D. Mo. 1995) (unsealing various documents, including the complaints, but permitting materials that provided some "substantive details regarding the government's methods of investigation" to remain under seal). The parties also request that the Court retain jurisdiction of the case for purposes of enforcing the terms of the settlement.

A proposed Order of Dismissal is submitted concurrently herewith.

DATED this 17th day of August, 2015.

        JOHN S. LEONARDO
        United States Attorney
        District of Arizona

        /s/ L. R. Leavitt
        LON R. LEAVITT
        Assistant United States Attorney

DATED this ____ day of July, 2015.

        EDWARD F. NOVAK
        Polsinelli
        Counsel for Bashir Azher, M.D.

DATED this ____ day of July, 2015.

        JAMES A. HANNON
        Hannon & Boyers
        Counsel for Arnaldo Trabucco, M.D.

time for making an election to intervene should be extended. *See* 31 U.S.C. § 3730(b)(3) (motions to extend the seal and intervention deadline "may be supported by affidavits or other submissions in camera"); *see also, e.g., United States ex rel. O'Keefe v. McDonnell Douglas Corp.*, 902 F. Supp. 189, 192 (E.D. Mo. 1995) (unsealing various documents, including the complaints, but permitting materials that provided some "substantive details regarding the government's methods of investigation" to remain under seal). The parties also request that the Court retain jurisdiction of the case for purposes of enforcing the terms of the settlement.

A proposed Order of Dismissal is submitted concurrently herewith.

DATED this _____ day of July, 2015.

        JOHN S. LEONARDO
        United States Attorney
        District of Arizona


        _____
        LON R. LEAVITT
        Assistant United States Attorney

DATED this _____ day of July, 2015.

        _____
        EDWARD F. NOVAK
        Polsinelli
        Counsel for Bashir Azher, M.D.

DATED this 27th day of July, 2015.

        _____
        JAMES A. HANNON
        Hannon & Boyers
        Counsel for Arnaldo Trabucco, M.D.

A proposed Order of Dismissal is submitted concurrently herewith.

DATED this \_\_\_\_\_ day of July, 2015.

                            JOHN S. LEONARDO
                            United States Attorney
                            District of Arizona

                            LON R. LEAVITT
                            Assistant United States Attorney

DATED this \_\_12\_\_ day of Aug, 2015.

                            EDWARD F. NOVAK
                            Polsinelli
                            Counsel for Bashir Azher, M.D.

DATED this \_\_\_\_\_ day of July, 2015.

                            JAMES A. HANNON
                            Hannon & Boyers
                            Counsel for Arnaldo Trabucco, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that on _August 17_, 2015, I served the within and foregoing **STIPULATION OF DISMISSAL**, together with the accompanying proposed **ORDER OF DISMISSAL**, on the following individuals at the following addresses:

Edward F. Novak
Polsinelli
One East Washington, Suite 1200
Phoenix, Arizona 85004
*Attorney for Bashir Azher, M.D.*

James A. Hannon
Hannon & Boyers
2601 South Bayshore Drive, Suite 1010
Miami, Florida 33133
*Attorney for Arnaldo Trabucco, M.D.*

Manuel L. Dobrinsky
Freidin Dobrinsky Brown & Rosenblum
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131
*Attorney for Arnaldo Trabucco, M.D.*

Howard M. Snyder
Snyder & Wenner, P.C.
2200 East Camelback Road, Suite 213
Phoenix, Arizona 85016
*Attorney for Arnaldo Trabucco, M.D.*

*/s/ Melissa M. Beickert*
Office of the United States Attorney