# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Arnaldo Trabucco, M.D., <br><br> Plaintiff-Relator, <br><br> v. <br><br> PHC-Fort Mohave, Inc., *et al.*, <br><br> Defendants. | CV-14-8094-PCT-DGC <br><br> **ORDER OF DISMISSAL** |

The United States of America having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Stipulation of Dismissal filed by the United States of America, relator Arnaldo Trabucco, M.D., and defendant Bashir Azher, M.D.,

**IT IS HEREBY ORDERED** as follows:

1. The Complaint, the Notice of Election to Intervene, the Stipulation of Dismissal, and this Order of Dismissal shall be unsealed.

2. All other papers or orders previously filed in this matter shall remain under seal.

3. The seal shall be lifted on all other matters occurring in this action after the date of this Order of Dismissal.

4. This action is dismissed, without prejudice, subject to the terms of the settlement between the United States, relator Arnaldo Trabucco, M.D., and defendant Bashir Azher, M.D.

5. The Court shall retain jurisdiction of this case for purposes of enforcing the terms of the parties' settlement.

6. The Clerk of Court is directed to terminate this case.

Dated this 19th day of August, 2015.

_____
David G. Campbell
United States District Judge

cc: All counsel

- 2 -